UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPENCER ACKERMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant*. | Civil Action No. 24-2858 (TNM) |

**MOTION TO EXTEND DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT**

Defendant, the Federal Bureau of Investigation, respectfully requests an enlargement of time, from November 15, 2024, through December 16, 2024, to answer Plaintiff's complaint. Good cause exists for the request, which is explained in detail below. Pursuant to Local Civil Rule 7(m), the undersigned has attempted to confer with Plaintiff's counsel, but was unable to reach Plaintiff's counsel using all of the contact information included in Plaintiff's filings, which has unfortunately, led to the delay in filing the instant motion, as detailed more fully below.

This case concerns Plaintiff's May 20, 2024, Freedom of Information Act ("FOIA") requests. *See* Compl., ECF No. 1. Plaintiff filed his complaint on October 8, 2024. *Id*. Defendant's answer is due on or before November 15, 2024.[1]

---

[1] Defendant acknowledges the Court's preference that requests for extensions of time be submitted four business days in advance of the deadline, but the undersigned counsel has spent significant time as outlined herein in attempting to reach Plaintiff's counsel in order to meet and confer and obtain counsel's position on the instant motion prior to filing. By moving for an extension of time with less than four business days prior to the deadline, the undersigned does not intend to suggest that she does not appreciate the important role that the Court's Standing Order play in management of this Court's docket. The undersigned apologizes deeply for the oversight.

1

After the undersigned was assigned to handle the lawsuit, the undersigned immediately attempted to contact Plaintiff's counsel, on November 4, 2024, by sending an email to kerrygutknecht@gmail.com. The undersigned then sent a second email on November 8, 2024, to kerry@gutknechtlegal.com, and received a bounce-back from the attempt on the same day. As of the filing of this motion, the undersigned has not received any response from counsel via email. On November 12, 2024, the undersigned called counsel's telephone number (202-789-1650) listed on the pleadings on multiple occasions and received a busy signal. In addition, the undersigned attempted to access public records with any phone numbers for counsel. The undersigned attempted to contact counsel at (206) 440-5829 and reached an individual who referred the undersigned to attempt to call (206) 240-7431. Upon calling the latter number, the undersigned received a message that the recipient's voicemail had not been established.

Good cause exists for the request. The FBI is attempting to obtain a copy of the administrative record for this matter, but additional time is needed for the administrative record to be procured and for Agency counsel to review the administrative record and determine applicable defenses. In addition, the FBI is experiencing an unprecedented increase in the number of cases in litigation and is actively managing that increase with no increases to staffing levels. From fiscal year 2015 through fiscal year 2023, the FBI experienced an 161% increase in FOIA litigation. As such, FBI's finite resources are continually challenged with this elevated request volume and the complexity of requests. Due to this unprecedented increase in FOIA litigation, the FBI's Record/Information Dissemination Section ("RIDS") submitted budget enhancement requests to supplement its FOIA staffing for fiscal years 2024, 2025, and 2026 to address staffing gaps; none of the enhancement requests were funded. Thus, the FBI continues to experience an unprecedented

increase in FOIA litigation with no changes in staffing, which affects Agency counsel's ability to timely respond.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay. This is Defendant's first request for an extension. There are no other existing deadlines in this matter. Further, it is not anticipated that granting this motion will unduly prejudice Plaintiff, nor will the brief extension sought, through December 16, 2024, adversely affect this Court's orderly administration of this matter.

For these reasons, Defendant respectfully requests that the Court extend the deadline for Defendant to file its answer, through December 16, 2024.

A proposed order is attached.

Dated: November 12, 2024                     Respectfully submitted,

                                             MATTHEW M. GRAVES, D.C. Bar #481052
                                             United States Attorney

                                             BRIAN P. HUDAK
                                             Chief, Civil Division

                                             By: /s/ Dedra S. Curteman
                                             DEDRA S. CURTEMAN, D.C. Bar # 90021492
                                             Assistant United States Attorney
                                             601 D Street, N.W.
                                             Washington, D.C. 20530
                                             Telephone: (202) 252-2550
                                             dedra.curteman@usdoj.gov

                                             *Counsel for the United States of America*