UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPENCER ACKERMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant*. | Civil Action No. 24-2858 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for an extension of time, for good cause shown, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including December 16, 2024, to file a response to Plaintiff's complaint.

SO ORDERED:

_____  _____
Dated                                                                        TREVOR N. MCFADDEN
                                                                                       United States District Judge