UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

       Plaintiff,

          v.

FEDERAL BUREAU OF INVESTIGATION,

       Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit A

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2024-05-20T18:01:23.559418+00:00 Status: sent Message:

## Individual Information

| Field | Value |
|---|---|
| Prefix | |
| First Name | Spencer |
| Middle Name | |
| Last Name | Ackerman |
| Suffix | |
| Email | spencerackerman@gmail.com |
| Phone | 202-294-9523 |
| Location | United States |

## Domestic Address

| Field | Value |
|---|---|
| Address Line 1 | 678 E. 24th Street |
| Address Line 2 | |
| City | Brooklyn |
| State | New York |
| Postal | 11210 |

## Agreement to Pay

**How you will pay**   I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**   I am a member of the media and this is related to a work of journalism.

**Documentation Files**

## Non-Individual FOIA Request

**Request Information**   This is a FOIA for responsive records relating to FBI interaction with Mr. Ali Shoekat Khan (AKA Khan Shoekat Ali) and Mr. Majid Khan, as bounded and specified through the attached files. I can be reached at 202-294-9523 or spencerackerman@gmail.com

## Expedite

**Expedite Reason**   I am a member of the media and this request is related to a work of journalism, specifically a book under contract for manuscript delivery in January 2026.

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check

Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----

**FROM:**

Spencer Ackerman
678 E. 24th St
Brooklyn NY 11210

May 20, 2024

**VIA ELECTRONIC MAIL**

FOIA Officer
Federal Bureau of Investigation
Attn: Initial Processing Operations Unit
Record/Information Dissemination Section (RIDS)
200 Constitution Drive
Winchester, VA 22602

**Re: FOIA Request for Records related to electronic surveillance of Ali Khan**

To Whom It May Concern:

This letter is to request specific records from the Federal Bureau of Investigation (FBI) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding the subject specifically identified below.

## I.     Background

On or around March 5, 2003, agents of the FBI searched the home of Mr. Ali Khan, at 1401 Lincoln Woods Drive in Catonsville, Baltimore County, Maryland. At that time, Mr. Khan gave a voluntary interview at an FBI office in Baltimore, answering questions related to his son, Majid Khan, and another man, Iyman Faris, who were both suspected by the FBI of acting in support of terrorist attacks then thought to be planned by leaders of Al Qaeda following on from the attacks of September 11, 2001. The FBI also obtained a warrant for a wiretap on Mr. Khan's residence,[1] and conducted other surveillance of Mr. Khan's communications. These events, more than 21 years ago, remain of significant public interest, as they shed light on the FBI's approach to counterterrorism, an ongoing concern. Through this and other

---

[1] The FBI's investigative activities targeting the electronic communications and Baltimore residence of Ali Khan and Majid Khan have been officially disclosed and unclassified for more than nine years. The Senate Intelligence Committee Study of the CIA's Detention and Interrogation Program, released in 2014, stated on page 335 that "On January 10, 2003, the FBI's Baltimore Field Office opened a full field international terrorism investigation on the email account 'BobDesi(@)hotmail.com.' [...] Six days later, on January 16, 2003, open source research related to the 'BobDesi' email account revealed a personal website for the user, Majid Khan." On page 280, the report states "On March 5, 2003, [...] FISA coverage of Majid Khan's residence in Maryland indicated that Majid Khan's [redacted] made a suspicious phone call to an individual at a residence associated with Iyman Faris." (S. Report 113-288, December 9, 2014, available at
https://www.intelligence.senate.gov/sites/default/files/publications/CRPT-113srpt288.pdf).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

1

FOIA requests, I seek to help the public to better understand the FBI's approach to pursuing terror suspects at that time.

## II.    Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552,  I request the following records within twenty business days:

> All records from the years 2003 and 2004 related to wiretaps, pen registers, national security letter data collections, and any other <u>electronic surveillance activities</u> targeting or involving Mr. <u>Ali Khan</u> also sometimes known as Khan Shoekat Ali, who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2003 and 2004, and who was born on December 12, 1947.  Such records include but are not limited to, internal wiretap proposals and approvals, draft and submitted warrant applications to FISA courts or other courts, call transcripts, call logs, call summaries, retrieved electronic communications, investigative memos and reports (WT-1, WT-2, WT-3), ELSUR case files, ELSUR cost reports, or emails and Electronic Communications (ECs) between government employees transmitting or requesting such records or mentioning such electronic surveillance records or activities.

For this request, I seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. I am seeking records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. My request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

## III.    Recommended Search Parameters

In order to conduct a reasonably thorough search for potentially responsive records for a manual review, I recommend the FBI first use these (or reasonably similar) search parameters to collect an initial set of potentially responsive records. The FBI can then manually review the resulting collection to identify the above requested records. I agree to waive any future appeal or challenge of the FBI's approach if these parameters are followed and all resulting potentially responsive records are reviewed manually (by a human reviewer, not an automated tool) to identify responsive records.  I request you please search <u>all FBI electronic records systems including ACS, ELSUR, email, and electronic communications (EC) archives</u> to collect records matching the following initial search parameters:

1.    All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Ali Khan</u>, also sometimes known as Khan Shoekat Ali, who lives at 1401 Lincoln Woods Drive (sometimes

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

2

listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD, and was born on
███████████[2]         FRCP 5.2

2. All records that have been previously indexed or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with Mr. Majid Khan who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2002, and who was detained overseas by the Central Intelligence Agency and later the U.S. military at Guantanamo Bay Detention Facility, Cuba, from 2003 to 2023.[3]

3. All records containing the term "Ali" within three words of "Khan"[4] that are dated from January 1, 2003 to December 31, 2003.

4. All records containing the term "Majid" within three words of "Khan" that are dated from January 1, 2003 to December 31, 2004.

5. All records containing the term "Iyman Faris" within 30 words of "Khan" that are dated from January 1, 2003 to December 31, 2004.

6. All records containing the terms "BobDesi" or "'BobDesi@hotmail.com" that are dated from January 1, 2003 to December 31, 2004.

7. All records containing the terms "1401 Lincoln Woods" or "1401 Lincolnwoods" or "1401 Lincolnwood" that are dated from January 1, 2003 to December 31, 2004.

I expect the collection resulting from this initial electronic records search of the above listed records systems using these terms will be reasonably narrow enough that a manual search can be conducted for the requested documents described above.

## IV.    Authorization by Ali Khan and Majid Khan to Release Information

I understand that the FBI's practice is to withhold some portions of responsive records relating to living persons from FOIA disclosure under the FOIA's privacy-related exemptions except when the requestor has obtained that person's written consent. Attached to this request as Attachments A and B are completed forms DOJ-361 (Certification of Identity) by Mr. Ali Khan and Mr. Majid Khan including authorization to release information to me in response to this FOIA request. Pursuant to the DOJ's FOIA regulations at 28 CFR 16.3(a)(4), the FBI should not withhold or redact records relating to Mr. Khan for any privacy-related interest such as those covered by FOIA Exemptions 6 or 7(C).

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if... disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law."[5] If any portion of the requested records is exempt from disclosure, the FOIA requires

---

[2] An index search for Ali Khan's FBI file.

[3] An index search for Majid Khan's FBI file.

[4] A standard search syntax representation of this search term would be "(ali w/3 khan)" with "w/3" instructing a search tool that "ali" and "khan" could appear in any order in matching records with up to two words between them. This is intended to allow for reversal of a name and insertion of middle names and initials. Please use non-case sensitive search terms.

[5] FOIA Improvement Act of 2016 Sec. 2 (Pub. L. No. 114-185).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

3

that you disclose any reasonably segregable non-exempt portions of the requested records. Even records that contain as little as one word or a page number that is non-exempt must nonetheless be redacted to the minimum extent possible and disclosed. Please be aware that a justification of the harm prevented by each redaction and record withheld, and the extent of the redactions on the page, will be required to be provided by your agency if this request becomes the subject of litigation.[6] Moreover, the agency should be prepared to supply "a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply."[7]

## V.    Application for Waiver or Limitation of Fees

I request that all fees in connection with this FOIA request be waived in accordance with DOJ FOIA regulations because it does not seek records primarily for a commercial interest and disclosure of the requested records is in the public interest because it is likely to contribute significantly to public understanding of operations and activities of the government. In particular it is likely that these records will provide the public with new insight into the FBI's efforts to "protect the American people and uphold the Constitution of the United States."[8] As discussed above, the requested records would provide important details about the actions taken by the FBI after the attacks of September 11, 2001 that were justified by the intention of prioritizing the prevention of future such attacks.[9] Any responsive records are likely to reflect investigative activities taken directly by the personnel of the FBI in interactions with members of the public. The records requested would shed new and unique light on matters that remain of intense interest to Americans including issues of public safety and security from perceived threats of terrorism, and protection of civil liberties. Finally, my interest in these records is as a news media requestor, so is not deemed to be of a commercial interest under the DOJ's FOIA regulation.[10] Therefore, having satisfied each of the factors required for consideration under the DOJ FOIA regulation to determine that disclosure is in the public interest, applicable fees should be waived.

If the above waiver request is not approved, in the alternative I request that fees be limited to those applicable to representatives of the news media.[11] I am submitting this FOIA request with the intent to use the requested records to produce distinct works of journalism and distribute them to an audience. In particular, I expect to use the requested records in a book that I am committed to writing under a contract with Penguin Press, which I expect to be distributed similarly to my last book, "Reign of Terror," which

---

[6] *Vaugn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).*

[7] Mead Data Central, Inc. v. U.S. Dep't of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

[8] The mission of the FBI, see https://www.fbi.gov/about/mission. At the time of the creation of the requested records the mission of the FBI was "protecting and defending the United States against terrorist and foreign intelligence threats, upholding and enforcing the criminal laws of the United States, and providing leadership and criminal justice services to federal, state, local, tribal territorial, and international agencies and partners." See testimony of FBI Director Robert Muller before the House CJS Appropriations Committee, June 21, 2002, https://archives.fbi.gov/archives/news/testimony/the-new-fbi-focus.

[9] See 2002 Muller testimony, note 8.

[10] 28 CFR 16.10(k)(2)(iii)(B).

[11] 28 CFR 16.10(d)(1).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spenceackerman@gmail.com.

4

was published in 2021. Further, I am an independent, award-winning journalist and author with a solid basis for expecting publication in the future built on an extensive record of past publications as a staff and freelance writer in national and international news outlets including *The Nation, The Daily Beast, The Guardian, Wired, The New Republic* and many more. In my work at these publications I have contributed to articles that have been awarded the Pulitzer Prize for Public Service, the Investigative Reporters and Editors medal for investigative journalism, and the Scripps Howard Foundation Roy W. Howard Award for Public Service Reporting. For these reasons I qualify for status as a news media requestor. I affirm that the information provided supporting the requests for waiver or limitation of fees is true and correct to the best of my knowledge and belief. See 5 U.S.C. § 552(a)(6)(E)(vi).

I look forward to your response. Please feel free to contact me for any clarification or to provide an update on this request. You can reach me by phone at 202-294-9523 or by email at spencerackerman@gmail.com.

Sincerely,

/s/ Spencer Ackerman

National Security Journalist

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

5

## Attachment A - DOJ-361 (Certification of Identity) by Mr. Ali Khan

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

6

**U.S Department of Justice**

# Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    *KHAN SHOUKAT ALI*

Citizenship Status [2]    *USA*    Social Security Number [3]

Current Address    *1751 UNDERWOOD ROAD, SYKESVILLE, MD 21784*

Date of Birth    Place of Birth    *INDIA*

FRCP 5.2

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

*SPENCER ACKERMAN*

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4]    *Khan*    **Date**    *05/07/2024*

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**Attachment B - DOJ-361 (Certification of Identity) by Mr. Majid Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

8

**U.S Department of Justice**

# Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Majid Shoukat Khan

Citizenship Status [2]  Pakistan          Social Security Number [3]  ███████

FRCP 5.2

Current Address  186-Hollywood area, Lords Bank Road, ladyville, Belize city, Belize

Date of Birth  ████████          Place of Birth  Saudia Arabia

## OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Spencer Ackerman

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _____          Date  05-07-2024

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

    Plaintiff,

      v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit B

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2024-05-20T18:07:30.455727+00:00 Status: sent Message:

## Individual Information

| | |
|---|---|
| Prefix | |
| First Name | Spencer |
| Middle Name | J |
| Last Name | Ackerman |
| Suffix | |
| Email | spencerackerman@gmail.com |
| Phone | 2022949523 |
| Location | United States |

## Domestic Address

| | |
|---|---|
| Addre  Line 1 | 678 E. 24th Street |
| Address Line 2 | |
| City | Brooklyn |
| State | New York |
| Po  tal | 11210 |

## Agreement to Pay

**How you will pay**
> I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**
> I am a member of the media and this request is related to a work of journalism, specifically a book under contract for manuscript delivery in January 2026.

**Documentation Files**

## Non-Individual FOIA Request

**Request Information**
> This is a request for records related to FBI interaction with Mr. Ali Khan (AKA Khan Shoekat Ali) and Mr. Majid Khan, as bounded and specified by the document attached. I can be reached at 202-294-9523 or spencerackerman@gmail.com

## Expedite

**Expedite Reason**
> I am a member of the media and this request is related to a work of journalism, specifically a book under contract for manuscript delivery in January 2026.

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the

â€˜Check Status of Your FOI/PA Request toolâ€™ link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----

**FROM:**

Spencer Ackerman
678 E. 24th St
Brooklyn NY 11210

May 20, 2024

**VIA ELECTRONIC MAIL**

FOIA Officer
Federal Bureau of Investigation
Attn: Initial Processing Operations Unit
Record/Information Dissemination Section (RIDS)
200 Constitution Drive
Winchester, VA 22602

**Re: FOIA Request for Records related to an FBI interview of Ali Khan**

To Whom It May Concern:

This letter is to request specific records from the Federal Bureau of Investigation (FBI) under the
Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding the subject specifically identified below.

## I.    Background

On or around March 5, 2003, agents of the FBI searched the home of Mr. Ali Khan, at 1401 Lincoln
Woods Drive in Catonsville, Baltimore County, Maryland. At that time, Mr. Khan gave a voluntary
interview at an FBI office in Baltimore, answering questions related to his son, Majid Khan, and another
man, Iyman Faris, who were both suspected by the FBI of acting in support of terrorist attacks then
thought to be planned by leaders of Al Qaeda following on from the attacks of September 11, 2001. The
FBI also obtained a warrant for a wiretap on Mr. Khan's residence,[1] and conducted other surveillance of
Mr. Khan's communications. These events, more than 21 years ago, remain of significant public interest,
as they shed light on the FBI's approach to counterterrorism, an ongoing concern. Through this and other

---

[1] The FBI's investigative activities targeting the electronic communications and Baltimore residence of Ali Khan and
Majid Khan have been officially disclosed and unclassified for more than nine years. The Senate Intelligence
Committee Study of the CIA's Detention and Interrogation Program, released in 2014, stated on page 335 that "On
January 10, 2003, the FBI's Baltimore Field Office opened a full field international terrorism investigation on the
email account 'BobDesi(@)hotmail.com.' [...] Six days later, on January 16, 2003, open source research related to
the 'BobDesi' email account revealed a personal website for the user, Majid Khan." On page 280, the report states
"On March 5, 2003, [...] FISA coverage of Majid Khan's residence in Maryland indicated that Majid Khan's
[redacted] made a suspicious phone call to an individual at a residence associated with Iyman Faris." (S. Report
113-288, December 9, 2014, available at
https://www.intelligence.senate.gov/sites/default/files/publications/CRPT-113srpt288.pdf).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

1

FOIA requests, I seek to help the public to better understand the FBI's approach to pursuing terror suspects at that time.

## II.   Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552,  I request the following records within twenty business days:

> All investigative records related to an interview of Ali Khan conducted by FBI personnel on or around March 5, 2003. Such records include but are not limited to, completed Interview reports (FD-302), Investigative Accomplishments Forms (FD-542), CHS Report (FD-1023, FD-1040), or emails and Electronic Communications (ECs) between government employees transmitting or requesting such records or mentioning such an interview.

For this request, I seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. I am seeking records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. My request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

## III.   Recommended Search Parameters

In order to conduct a reasonably thorough search for potentially responsive records for a manual review, I recommend the FBI first use these (or reasonably similar) search parameters to collect an initial set of potentially responsive records. The FBI can then manually review the resulting collection to identify the above requested records. I agree to waive any future appeal or challenge of the FBI's approach if these parameters are followed and all resulting potentially responsive records are reviewed manually (by a human reviewer, not an automated tool) to identify responsive records.  I request you please search all FBI electronic records systems including ACS, ELSUR, email, and electronic communications (EC) archives to collect records matching the following initial search parameters:

1.   All records that have been previously indexed or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with Mr. Ali Khan, also sometimes known as Khan Shoekat Ali, who lives at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD, and was born on  [redacted] [2]  FRCP 5.2

2.   All records that have been previously indexed or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with Mr. Majid Khan

[2] An index search for Ali Khan's FBI file.

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

2

who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2002, and who was detained overseas by the Central Intelligence Agency and later the U.S. military at Guantanamo Bay Detention Facility, Cuba, from 2003 to 2023.[3]

3.  All records containing the term <u>"Ali" within three words of "Khan"</u>[4] that are dated from January 1, 2003 to December 31, 2003.

4.  All records containing the term <u>"Majid" within three words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

5.  All records containing the term <u>"Iyman Faris" within 30 words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

6.  All records containing the terms <u>"BobDesi" or "'BobDesi@hotmail.com"</u> that are dated from January 1, 2003 to December 31, 2004.

7.  All records containing the terms "<u>1401 Lincoln Woods</u>" or "<u>1401 Lincolnwoods</u>" or "<u>1401 Lincolnwood</u>" that are dated from January 1, 2003 to December 31, 2004.

I expect the collection resulting from this initial electronic records search of the above listed records systems using these terms will be reasonably narrow enough that a manual search can be conducted for the requested documents described above.

## IV.    Authorization by Ali Khan and Majid Khan to Release Information

I understand that the FBI's practice is to withhold some portions of responsive records relating to living persons from FOIA disclosure under the FOIA's privacy-related exemptions except when the requestor has obtained that person's written consent. Attached to this request as Attachments A and B are completed forms DOJ-361 (Certification of Identity) by Mr. Ali Khan and Mr. Majid Khan including authorization to release information to me in response to this FOIA request. Pursuant to the DOJ's FOIA regulations at 28 CFR 16.3(a)(4), <u>the FBI should not withhold or redact records relating to Mr. Khan for any privacy-related interest such as those covered by FOIA Exemptions 6 or 7(C)</u>.

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if… disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law."[5] If any portion of the requested records is exempt from disclosure, the FOIA requires that you disclose any reasonably segregable non-exempt portions of the requested records. Even records that contain as little as one word or a page number that is non-exempt must nonetheless be redacted to the minimum extent possible and disclosed. Please be aware that a justification of the harm prevented by each redaction and record withheld, and the extent of the redactions on the page, will be required to be

---

[3] An index search for Majid Khan's FBI file.

[4] A standard search syntax representation of this search term would be "(ali w/3 khan)" with "w/3" instructing a search tool that "ali" and "khan" could appear in any order in matching records with up to two words between them. This is intended to allow for reversal of a name and insertion of middle names and initials. Please use non-case sensitive search terms.

[5] FOIA Improvement Act of 2016 Sec. 2 (Pub. L. No. 114-185).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

3

provided by your agency if this request becomes the subject of litigation.[6] Moreover, the agency should be prepared to supply "a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply."[7]

## V.    Application for Waiver or Limitation of Fees

I request that all fees in connection with this FOIA request be waived in accordance with DOJ FOIA regulations because it does not seek records primarily for a commercial interest and disclosure of the requested records is in the public interest because it is likely to contribute significantly to public understanding of operations and activities of the government. In particular it is likely that these records will provide the public with new insight into the FBI's efforts to "protect the American people and uphold the Constitution of the United States."[8] As discussed above, the requested records would provide important details about the actions taken by the FBI after the attacks of September 11, 2001 that were justified by the intention of prioritizing the prevention of future such attacks.[9] Any responsive records are likely to reflect investigative activities taken directly by the personnel of the FBI in interactions with members of the public. The records requested would shed new and unique light on matters that remain of intense interest to Americans including issues of public safety and security from perceived threats of terrorism, and protection of civil liberties. Finally, my interest in these records is as a news media requestor, so is not deemed to be of a commercial interest under the DOJ's FOIA regulation.[10] Therefore, having satisfied each of the factors required for consideration under the DOJ FOIA regulation to determine that disclosure is in the public interest, applicable fees should be waived.

If the above waiver request is not approved, in the alternative I request that fees be limited to those applicable to representatives of the news media.[11] I am submitting this FOIA request with the intent to use the requested records to produce distinct works of journalism and distribute them to an audience. In particular, I expect to use the requested records in a book that I am committed to writing under a contract with Penguin Press, which I expect to be distributed similarly to my last book, "Reign of Terror," which was published in 2021. Further, I am an independent, award-winning journalist and author with a solid basis for expecting publication in the future built on an extensive record of past publications as a staff and freelance writer in national and international news outlets including *The Nation, The Daily Beast, The Guardian, Wired, The New Republic* and many more. In my work at these publications I have contributed

---

[6] *Vaugn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).*

[7] Mead Data Central, Inc. v. U.S. Dep't of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

[8] The mission of the FBI, see https://www.fbi.gov/about/mission. At the time of the creation of the requested records the mission of the FBI was "protecting and defending the United States against terrorist and foreign intelligence threats, upholding and enforcing the criminal laws of the United States, and providing leadership and criminal justice services to federal, state, local, tribal territorial, and international agencies and partners." See testimony of FBI Director Robert Muller before the House CJS Appropriations Committee, June 21, 2002, https://archives.fbi.gov/archives/news/testimony/the-new-fbi-focus.

[9] See 2002 Muller testimony, note 8.

[10] 28 CFR 16.10(k)(2)(iii)(B).

[11] 28 CFR 16.10(d)(1).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spenceackerman@gmail.com.

4

to articles that have been awarded the Pulitzer Prize for Public Service, the Investigative Reporters and Editors medal for investigative journalism, and the Scripps Howard Foundation Roy W. Howard Award for Public Service Reporting. For these reasons I qualify for status as a news media requestor. I affirm that the information provided supporting the requests for waiver or limitation of fees is true and correct to the best of my knowledge and belief. See 5 U.S.C. § 552(a)(6)(E)(vi).

I look forward to your response. Please feel free to contact me for any clarification or to provide an update on this request. You can reach me by phone at 202-294-9523 or by email at spencerackerman@gmail.com.

Sincerely,

/s/ Spencer Ackerman

National Security Journalist

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

5

## Attachment A - DOJ-361 (Certification of Identity) by Mr. Ali Khan

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

6

**U.S Department of Justice**            **Certification of Identity**            

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    KHAN  SHOUKAT  ALI

Citizenship Status [2]   USA            Social Security Number [3]

Current Address   1751  UNDERWOOD ROAD,  SYKESVILLE, MD 21784

Date of Birth _____        Place of Birth _____ INDIA

**OPTIONAL: Authorization to Release Information to Another Person**            FRCP 5.2

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

SPENCER  ACKERMAN
**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature [4]**  _Khan_            **Date**  05 /07 /2024

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**Attachment B - DOJ-361 (Certification of Identity) by Mr. Majid Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

8

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Majid Shoukat Khan

Citizenship Status [2]  Pakistan          Social Security Number [3] ███████

Current Address  186-Hollywood area, Lords Bank Road, ladyville, Belize city, Belize          FRCP 5.2

Date of Birth  ███████          Place of Birth  Saudia Arabia

### OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Spencer Ackerman

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____  Date  05-07-2024

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit C

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2024-05-20T18:09:57.451489+00:00 Status: sent Message:

## Individual Information

**Prefix**

**First Name** Spencer

**Middle Name** J

**Last Name** Ackerman

**Suffix**

**Email** spencerackerman@gmail.com

**Phone** 2022949523

**Location** United States

## Domestic Address

**Address Line 1** 678 E. 24th Street

**Address Line 2**

**City** Brooklyn

**State** New York

**Postal** 11210

## Agreement to Pay

**How you will pay** | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation** | I am a member of the media and this request is for a work of journalism, specifically a book under contract for manuscript delivery in January 2026.

**Documentation Files** |

## Non-Individual FOIA Request

**Request Information** | This is an FOIA Request for Records related to an FBI interview of Mahmood Khan, as bounded and specified in the attached document. I can be reached at 202-294-9523 or spencerackerman@gmail.com.

## Expedite

**Expedite Reason** | I am a member of the media and this request is for a work of journalism, specifically a book under contract for manuscript delivery in January 2026.

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----

**FROM:**

Spencer Ackerman
678 E. 24th St
Brooklyn NY 11210

May 20, 2024

**VIA ELECTRONIC MAIL**

FOIA Officer
Federal Bureau of Investigation
Attn: Initial Processing Operations Unit
Record/Information Dissemination Section (RIDS)
200 Constitution Drive
Winchester, VA 22602

**Re: FOIA Request for Records related to an FBI interview of Mahmood Khan**

To Whom It May Concern:

This letter is to request specific records from the Federal Bureau of Investigation (FBI) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding the subject specifically identified below.

## I.    Background

On or around March 5, 2003, agents of the FBI searched the home of Mr. Ali Khan, at 1401 Lincoln Woods Drive in Catonsville, Baltimore County, Maryland. At that time, Mr. Khan gave a voluntary interview at an FBI office in Baltimore, answering questions related to his son, Majid Khan, and another man, Iyman Faris, who were both suspected by the FBI of acting in support of terrorist attacks then thought to be planned by leaders of Al Qaeda following on from the attacks of September 11, 2001. The FBI also obtained a warrant for a wiretap on Mr. Khan's residence,[1] and conducted other surveillance of Mr. Khan's communications. These events, more than 21 years ago, remain of significant public interest, as they shed light on the FBI's approach to counterterrorism, an ongoing concern. Through this and other

---

[1] The FBI's investigative activities targeting the electronic communications and Baltimore residence of Ali Khan and Majid Khan have been officially disclosed and unclassified for more than nine years. The Senate Intelligence Committee Study of the CIA's Detention and Interrogation Program, released in 2014, stated on page 335 that "On January 10, 2003, the FBI's Baltimore Field Office opened a full field international terrorism investigation on the email account 'BobDesi(@)hotmail.com.' [...] Six days later, on January 16, 2003, open source research related to the 'BobDesi' email account revealed a personal website for the user, Majid Khan." On page 280, the report states "On March 5, 2003, [...] FISA coverage of Majid Khan's residence in Maryland indicated that Majid Khan's [redacted] made a suspicious phone call to an individual at a residence associated with Iyman Faris." (S. Report 113-288, December 9, 2014, available at
https://www.intelligence.senate.gov/sites/default/files/publications/CRPT-113srpt288.pdf).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

1

FOIA requests, I seek to help the public to better understand the FBI's approach to pursuing terror suspects at that time.

## II.    Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552,  I request the following records within twenty business days:

> All investigative records related to an <u>interview of Mahmood Khan,</u> son of Ali Khan and brother of Majid Khan, conducted by FBI personnel in or around March or April 2003. Such records include but are not limited to, completed Interview reports (FD-302), Investigative Accomplishments Forms (FD-542), CHS Report (FD-1023, FD-1040), or emails and Electronic Communications (ECs) between government employees transmitting or requesting such records or mentioning such an interview.

For this request, I seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. I am seeking records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. My request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

## III.    Recommended Search Parameters

In order to conduct a reasonably thorough search for potentially responsive records for a manual review, I recommend the FBI first use these (or reasonably similar) search parameters to collect an initial set of potentially responsive records. The FBI can then manually review the resulting collection to identify the above requested records. I agree to waive any future appeal or challenge of the FBI's approach if these parameters are followed and all resulting potentially responsive records are reviewed manually (by a human reviewer, not an automated tool) to identify responsive records.  I request you please search <u>all FBI electronic records systems including ACS, ELSUR, email, and electronic communications (EC) archives</u> to collect records matching the following initial search parameters:

1.    All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Ali Khan,</u> also sometimes known as Khan Shoekat Ali, who lives at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD, and was born on [2]   FRCP 5.2

---

[2] An index search for Ali Khan's FBI file.

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

2

2. All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Majid Khan</u> who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2002, and who was detained overseas by the Central Intelligence Agency and later the U.S. military at Guantanamo Bay Detention Facility, Cuba, from 2003 to 2023.[3]

3. All records containing the term <u>"Ali" within three words of "Khan"</u>[4] that are dated from January 1, 2003 to December 31, 2003.

4. All records containing the term <u>"Majid" within three words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

5. All records containing the term <u>"Iyman Faris" within 30 words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

6. All records containing the terms <u>"BobDesi" or "'BobDesi@hotmail.com"</u> that are dated from January 1, 2003 to December 31, 2004.

7. All records containing the terms "<u>1401 Lincoln Woods</u>" or "<u>1401 Lincolnwoods</u>" or "<u>1401 Lincolnwood</u>" that are dated from January 1, 2003 to December 31, 2004.

I expect the collection resulting from this initial electronic records search of the above listed records systems using these terms will be reasonably narrow enough that a manual search can be conducted for the requested documents described above.

## IV.    Authorization by Ali Khan and Majid Khan to Release Information

I understand that the FBI's practice is to withhold some portions of responsive records relating to living persons from FOIA disclosure under the FOIA's privacy-related exemptions except when the requestor has obtained that person's written consent. Attached to this request as Attachments A and B are completed forms DOJ-361 (Certification of Identity) by Mr. Ali Khan and Mr. Majid Khan including authorization to release information to me in response to this FOIA request. Pursuant to the DOJ's FOIA regulations at 28 CFR 16.3(a)(4), <u>the FBI should not withhold or redact records relating to Mr. Khan for any privacy-related interest such as those covered by FOIA Exemptions 6 or 7(C)</u>.

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if... disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law."[5] If any portion of the requested records is exempt from disclosure, the FOIA requires that you disclose any reasonably segregable non-exempt portions of the requested records. Even records that contain as little as one word or a page number that is non-exempt must nonetheless be redacted to the

---

[3] An index search for Majid Khan's FBI file.
[4] A standard search syntax representation of this search term would be "(ali w/3 khan)" with "w/3" instructing a search tool that "ali" and "khan" could appear in any order in matching records with up to two words between them. This is intended to allow for reversal of a name and insertion of middle names and initials. Please use non-case sensitive search terms.
[5] FOIA Improvement Act of 2016 Sec. 2 (Pub. L. No. 114-185).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

3

minimum extent possible and disclosed. Please be aware that a justification of the harm prevented by each redaction and record withheld, and the extent of the redactions on the page, will be required to be provided by your agency if this request becomes the subject of litigation.[6] Moreover, the agency should be prepared to supply "a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply."[7]

## V.    Application for Waiver or Limitation of Fees

I request that all fees in connection with this FOIA request be waived in accordance with DOJ FOIA regulations because it does not seek records primarily for a commercial interest and disclosure of the requested records is in the public interest because it is likely to contribute significantly to public understanding of operations and activities of the government. In particular it is likely that these records will provide the public with new insight into the FBI's efforts to "protect the American people and uphold the Constitution of the United States."[8] As discussed above, the requested records would provide important details about the actions taken by the FBI after the attacks of September 11, 2001 that were justified by the intention of prioritizing the prevention of future such attacks.[9] Any responsive records are likely to reflect investigative activities taken directly by the personnel of the FBI in interactions with members of the public. The records requested would shed new and unique light on matters that remain of intense interest to Americans including issues of public safety and security from perceived threats of terrorism, and protection of civil liberties. Finally, my interest in these records is as a news media requestor, so is not deemed to be of a commercial interest under the DOJ's FOIA regulation.[10] Therefore, having satisfied each of the factors required for consideration under the DOJ FOIA regulation to determine that disclosure is in the public interest, applicable fees should be waived.

If the above waiver request is not approved, in the alternative I request that fees be limited to those applicable to representatives of the news media.[11] I am submitting this FOIA request with the intent to use the requested records to produce distinct works of journalism and distribute them to an audience. In particular, I expect to use the requested records in a book that I am committed to writing under a contract with Penguin Press, which I expect to be distributed similarly to my last book, "Reign of Terror," which was published in 2021. Further, I am an independent, award-winning journalist and author with a solid basis for expecting publication in the future built on an extensive record of past publications as a staff and

---

[6] *Vaugn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).*

[7] Mead Data Central, Inc. v. U.S. Dep't of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

[8] The mission of the FBI, see https://www.fbi.gov/about/mission. At the time of the creation of the requested records the mission of the FBI was "protecting and defending the United States against terrorist and foreign intelligence threats, upholding and enforcing the criminal laws of the United States, and providing leadership and criminal justice services to federal, state, local, tribal territorial, and international agencies and partners." See testimony of FBI Director Robert Muller before the House CJS Appropriations Committee, June 21, 2002, https://archives.fbi.gov/archives/news/testimony/the-new-fbi-focus.

[9] See 2002 Muller testimony, note 8.

[10] 28 CFR 16.10(k)(2)(iii)(B).

[11] 28 CFR 16.10(d)(1).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

4

freelance writer in national and international news outlets including *The Nation, The Daily Beast, The Guardian, Wired, The New Republic* and many more. In my work at these publications I have contributed to articles that have been awarded the Pulitzer Prize for Public Service, the Investigative Reporters and Editors medal for investigative journalism, and the Scripps Howard Foundation Roy W. Howard Award for Public Service Reporting. For these reasons I qualify for status as a news media requestor. I affirm that the information provided supporting the requests for waiver or limitation of fees is true and correct to the best of my knowledge and belief. See 5 U.S.C. § 552(a)(6)(E)(vi).

I look forward to your response. Please feel free to contact me for any clarification or to provide an update on this request. You can reach me by phone at 202-294-9523 or by email at spencerackerman@gmail.com.

Sincerely,

/s/ Spencer Ackerman

National Security Journalist

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

5

**Attachment A - DOJ-361 (Certification of Identity) by Mr. Ali Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

6

**U.S Department of Justice**                **Certification of Identity**        

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    *KHAN SHOUKAT ALI*

Citizenship Status [2]   *USA*          Social Security Number [3]

Current Address  *1751 UNDERWOOD ROAD, SYKESVILLE, MD 21784*

Date of Birth ▮▮▮▮▮          Place of Birth     *INDIA*

**OPTIONAL: Authorization to Release Information to Another Person**        FRCP 5.2

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552b(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

*SPENCER ACKERMAN*

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature [4]**  *Khan...*          **Date**  *05 / 07 / 2024*

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**Attachment B - DOJ-361 (Certification of Identity) by Mr. Majid Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

8

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Majid Shoukat Khan

Citizenship Status [2]  Pakistan          Social Security Number [3]  ▮▮▮▮▮▮▮▮

FRCP 5.2

Current Address  186-Hollywood area, Lords Bank Road, ladyville, Belize city, Belize

Date of Birth  ▮▮▮▮▮▮          Place of Birth  Saudia Arabia

### OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Spencer Ackerman

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____          Date  05-07-2024

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

　　　　Plaintiff,

　　　　　　v.

FEDERAL BUREAU OF INVESTIGATION,

　　　　Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit D

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2024-05-20T18:56:40.041475+00:00 Status: sent Message:

## Individual Information

| | |
|---|---|
| Prefix | |
| First Name | Spencer |
| Middle Name | J |
| Last Name | Ackerman |
| Suffix | |
| Email | spencerackerman@gmail.com |
| Phone | 2022949523 |
| Location | United States |

## Domestic Address

| | |
|---|---|
| Address Line 1 | 678 E. 24th Street |
| Address Line 2 | |
| City | Brooklyn |
| State | New York |
| Postal | 11210 |

## Agreement to Pay

**How you will pay**

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a member of the news media and this request is related to a piece of journalism, specifically a book under contract for manuscript delivery in January 2026.

**Documentation Files**

## Non-Individual FOIA Request

**Reque t Information**

This is a FOIA seeking FBI records of all human and all other non-electronic surveillance and investigative activities targeting Ali Khan (AKA Khan Shoekat Ali), as specified and bounded by the attached document  I can be reached at 202-294-9523 or spencerackerman@gmail.com.

## Expedite

**Expedite Reason**

I am a member of the news media and this request is related to a piece of journalism, specifically a book under contract for manuscript delivery in January 2026.

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the

â€˜Check Status of Your FOI/PA Request toolâ€™ link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----

**FROM:**

Spencer Ackerman

678 E. 24th St

Brooklyn NY 11210

May 20, 2024

**VIA ELECTRONIC MAIL**

FOIA Officer

Federal Bureau of Investigation

Attn: Initial Processing Operations Unit

Record/Information Dissemination Section (RIDS)

200 Constitution Drive

Winchester, VA 22602

**Re: FOIA Request for Records related to non-electronic Surveillance of Ali Khan**

To Whom It May Concern:

This letter is to request specific records from the Federal Bureau of Investigation (FBI) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding the subject specifically identified below.

## I.    Background

On or around March 5, 2003, agents of the FBI searched the home of Mr. Ali Khan, at 1401 Lincoln Woods Drive in Catonsville, Baltimore County, Maryland. At that time, Mr. Khan gave a voluntary interview at an FBI office in Baltimore, answering questions related to his son, Majid Khan, and another man, Iyman Faris, who were both suspected by the FBI of acting in support of terrorist attacks then thought to be planned by leaders of Al Qaeda following on from the attacks of September 11, 2001. The FBI also obtained a warrant for a wiretap on Mr. Khan's residence,[1] and conducted other surveillance of Mr. Khan's communications. These events, more than 21 years ago, remain of significant public interest, as they shed light on the FBI's approach to counterterrorism, an ongoing concern. Through this and other

---

[1] The FBI's investigative activities targeting the electronic communications and Baltimore residence of Ali Khan and Majid Khan have been officially disclosed and unclassified for more than nine years. The Senate Intelligence Committee Study of the CIA's Detention and Interrogation Program, released in 2014, stated on page 335 that "On January 10, 2003, the FBI's Baltimore Field Office opened a full field international terrorism investigation on the email account 'BobDesi(@)hotmail.com.' [...] Six days later, on January 16, 2003, open source research related to the 'BobDesi' email account revealed a personal website for the user, Majid Khan." On page 280, the report states "On March 5, 2003, [...] FISA coverage of Majid Khan's residence in Maryland indicated that Majid Khan's [redacted] made a suspicious phone call to an individual at a residence associated with Iyman Faris." (S. Report 113-288, December 9, 2014, available at https://www.intelligence.senate.gov/sites/default/files/publications/CRPT-113srpt288.pdf).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

1

FOIA requests, I seek to help the public to better understand the FBI's approach to pursuing terror suspects at that time.

## II.    Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552,  I request the following records within twenty business days:

> All records related to <u>human and all other non-electronic surveillance and investigative activities targeting Ali Khan</u>, including memos or communications of planning or results of activities of surveillance of Mr. Khan's home at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD, or to have FBI agents or non-agents acting on the government's direction make contact with Ali Khan, or emails and Electronic Communications (ECs) between government employees transmitting or requesting such records or mentioning such non-electronic surveillance records or activities.

For this request, I seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. I am seeking records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. My request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

## III.    Recommended Search Parameters

In order to conduct a reasonably thorough search for potentially responsive records for a manual review, I recommend the FBI first use these (or reasonably similar) search parameters to collect an initial set of potentially responsive records. The FBI can then manually review the resulting collection to identify the above requested records. I agree to waive any future appeal or challenge of the FBI's approach if these parameters are followed and all resulting potentially responsive records are reviewed manually (by a human reviewer, not an automated tool) to identify responsive records.  I request you please search <u>all FBI electronic records systems including ACS, ELSUR, email, and electronic communications (EC) archives</u> to collect records matching the following initial search parameters:

1.    All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Ali Khan</u>, also sometimes known as Khan Shoekat Ali, who lives at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD, and was born on

<span style="text-align:center">FRCP 5.2</span>

---

[2] An index search for Ali Khan's FBI file.

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

2

2. All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Majid Khan</u> who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2002, and who was detained overseas by the Central Intelligence Agency and later the U.S. military at Guantanamo Bay Detention Facility, Cuba, from 2003 to 2023.[3]

3. All records containing the term <u>"Ali" within three words of "Khan"</u>[4] that are dated from January 1, 2003 to December 31, 2003.

4. All records containing the term <u>"Majid" within three words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

5. All records containing the term <u>"Iyman Faris" within 30 words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

6. All records containing the terms <u>"BobDesi" or "'BobDesi@hotmail.com"</u> that are dated from January 1, 2003 to December 31, 2004.

7. All records containing the terms "<u>1401 Lincoln Woods</u>" or "<u>1401 Lincolnwoods</u>" or "<u>1401 Lincolnwood</u>" that are dated from January 1, 2003 to December 31, 2004.

I expect the collection resulting from this initial electronic records search of the above listed records systems using these terms will be reasonably narrow enough that a manual search can be conducted for the requested documents described above.

## IV.    Authorization by Ali Khan and Majid Khan to Release Information

I understand that the FBI's practice is to withhold some portions of responsive records relating to living persons from FOIA disclosure under the FOIA's privacy-related exemptions except when the requestor has obtained that person's written consent. Attached to this request as Attachments A and B are completed forms DOJ-361 (Certification of Identity) by Mr. Ali Khan and Mr. Majid Khan including authorization to release information to me in response to this FOIA request. Pursuant to the DOJ's FOIA regulations at 28 CFR 16.3(a)(4), <u>the FBI should not withhold or redact records relating to Mr. Khan for any privacy-related interest such as those covered by FOIA Exemptions 6 or 7(C)</u>.

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if... disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law."[5] If any portion of the requested records is exempt from disclosure, the FOIA requires that you disclose any reasonably segregable non-exempt portions of the requested records. Even records that contain as little as one word or a page number that is non-exempt must nonetheless be redacted to the

---

[3] An index search for Majid Khan's FBI file.

[4] A standard search syntax representation of this search term would be "(ali w/3 khan)" with "w/3" instructing a search tool that "ali" and "khan" could appear in any order in matching records with up to two words between them. This is intended to allow for reversal of a name and insertion of middle names and initials. Please use non-case sensitive search terms.

[5] FOIA Improvement Act of 2016 Sec. 2 (Pub. L. No. 114-185).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

3

minimum extent possible and disclosed. Please be aware that a justification of the harm prevented by each redaction and record withheld, and the extent of the redactions on the page, will be required to be provided by your agency if this request becomes the subject of litigation.[6] Moreover, the agency should be prepared to supply "a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply."[7]

## V.    Application for Waiver or Limitation of Fees

I request that all fees in connection with this FOIA request be waived in accordance with DOJ FOIA regulations because it does not seek records primarily for a commercial interest and disclosure of the requested records is in the public interest because it is likely to contribute significantly to public understanding of operations and activities of the government. In particular it is likely that these records will provide the public with new insight into the FBI's efforts to "protect the American people and uphold the Constitution of the United States."[8] As discussed above, the requested records would provide important details about the actions taken by the FBI after the attacks of September 11, 2001 that were justified by the intention of prioritizing the prevention of future such attacks.[9] Any responsive records are likely to reflect investigative activities taken directly by the personnel of the FBI in interactions with members of the public. The records requested would shed new and unique light on matters that remain of intense interest to Americans including issues of public safety and security from perceived threats of terrorism, and protection of civil liberties. Finally, my interest in these records is as a news media requestor, so is not deemed to be of a commercial interest under the DOJ's FOIA regulation.[10] Therefore, having satisfied each of the factors required for consideration under the DOJ FOIA regulation to determine that disclosure is in the public interest, applicable fees should be waived.

If the above waiver request is not approved, in the alternative I request that fees be limited to those applicable to representatives of the news media.[11] I am submitting this FOIA request with the intent to use the requested records to produce distinct works of journalism and distribute them to an audience. In particular, I expect to use the requested records in a book that I am committed to writing under a contract with Penguin Press, which I expect to be distributed similarly to my last book, "Reign of Terror," which was published in 2021. Further, I am an independent, award-winning journalist and author with a solid basis for expecting publication in the future built on an extensive record of past publications as a staff and

---

[6] *Vaugn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).*

[7] Mead Data Central, Inc. v. U.S. Dep't of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

[8] The mission of the FBI, see https://www.fbi.gov/about/mission. At the time of the creation of the requested records the mission of the FBI was "protecting and defending the United States against terrorist and foreign intelligence threats, upholding and enforcing the criminal laws of the United States, and providing leadership and criminal justice services to federal, state, local, tribal territorial, and international agencies and partners." See testimony of FBI Director Robert Muller before the House CJS Appropriations Committee, June 21, 2002, https://archives.fbi.gov/archives/news/testimony/the-new-fbi-focus.

[9] See 2002 Muller testimony, note 8.

[10] 28 CFR 16.10(k)(2)(iii)(B).

[11] 28 CFR 16.10(d)(1).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

4

freelance writer in national and international news outlets including *The Nation, The Daily Beast, The Guardian, Wired, The New Republic* and many more. In my work at these publications I have contributed to articles that have been awarded the Pulitzer Prize for Public Service, the Investigative Reporters and Editors medal for investigative journalism, and the Scripps Howard Foundation Roy W. Howard Award for Public Service Reporting. For these reasons I qualify for status as a news media requestor. I affirm that the information provided supporting the requests for waiver or limitation of fees is true and correct to the best of my knowledge and belief. See 5 U.S.C. § 552(a)(6)(E)(vi).

I look forward to your response. Please feel free to contact me for any clarification or to provide an update on this request. You can reach me by phone at 202-294-9523 or by email at spencerackerman@gmail.com.

Sincerely,

/s/ Spencer Ackerman

National Security Journalist

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

5

**Attachment A - DOJ-361 (Certification of Identity) by Mr. Ali Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

6

**U.S. Department of Justice**　　　　　　**Certification of Identity**



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    _KHAN  SHOUKAT  ALI_

Citizenship Status [2]   _USA_     Social Security Number [3] _█████_

Current Address _1751 UNDERWOOD ROAD, SYKESVILLE, MD 21784_

Date of Birth _███████_    Place of Birth _INDIA_

**OPTIONAL:  Authorization to Release Information to Another Person**    FRCP 5.2

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_SPENCeY   AcKeYmaN_
**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature [4]** _Khan_      **Date** _05/07/2024_

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**Attachment B - DOJ-361 (Certification of Identity) by Mr. Majid Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

8

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _Majid Shoukat Khan_____

Citizenship Status [2] _Pakistan_____  Social Security Number [3] ▇▇▇▇▇▇▇_____

FRCP 5.2

Current Address _186-Hollywood area, Lords Bank Road, ladyville, Belize city, Belize_____

Date of Birth ▇▇▇▇▇▇▇_____  Place of Birth _Saudia Arabia_____

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

# Spencer Ackerman

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____  Date _05-07-2024_____

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit E

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2024-05-20T18:58:55.718164+00:00 Status: sent Message:

## Individual Information

| | |
|---|---|
| **Prefix** | |
| **First Name** | Spencer |
| **Middle Name** | J |
| **Last Name** | Ackerman |
| **Suffix** | |
| **Email** | spencerackerman@gmail.com |
| **Phone** | 2022949523 |
| **Location** | United States |

## Domestic Address

| | |
|---|---|
| **Address Line 1** | 678 E. 24th Street |
| **Address Line 2** | |
| **City** | Brooklyn |
| **State** | New York |
| **Postal** | 11210 |

## Agreement to Pay

**How you will pay**

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a member of the news media and this request is related to the production of journalism, specifically a book under contract for manuscript delivery in January 2026.

**Documentation Files**

## Non-Individual FOIA Request

**Request Information**

This is a FOIA Request for Records related to non-electronic Surveillance of Ali Khan about Iyman Faris, as bounded and specified by the attached document.

## Expedite

**Expedite Reason**

I am a member of the news media and this request is related to the production of journalism, specifically a book under contract for manuscript delivery in January 2026.

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBIâ€™s electronic FOIA Library (The Vault) on the FBIâ€™s public website, http://vault.fbi.gov by clicking on the

â€˜Check Status of Your FOI/PA Request toolâ€™ link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----

**FROM:**

Spencer Ackerman

678 E. 24th St

Brooklyn NY 11210

May 20, 2024

**VIA ELECTRONIC MAIL**

FOIA Officer

Federal Bureau of Investigation

Attn: Initial Processing Operations Unit

Record/Information Dissemination Section (RIDS)

200 Constitution Drive

Winchester, VA 22602

**Re: FOIA Request for Records related to non-electronic Surveillance of Ali Khan about Iyman Faris**

To Whom It May Concern:

This letter is to request specific records from the Federal Bureau of Investigation (FBI) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding the subject specifically identified below.

## I.    Background

On or around March 5, 2003, agents of the FBI searched the home of Mr. Ali Khan, at 1401 Lincoln Woods Drive in Catonsville, Baltimore County, Maryland. At that time, Mr. Khan gave a voluntary interview at an FBI office in Baltimore, answering questions related to his son, Majid Khan, and another man, Iyman Faris, who were both suspected by the FBI of acting in support of terrorist attacks then thought to be planned by leaders of Al Qaeda following on from the attacks of September 11, 2001. The FBI also obtained a warrant for a wiretap on Mr. Khan's residence,[1] and conducted other surveillance of Mr. Khan's communications. These events, more than 21 years ago, remain of significant public interest, as they shed light on the FBI's approach to counterterrorism, an ongoing concern. Through this and other

---

[1] The FBI's investigative activities targeting the electronic communications and Baltimore residence of Ali Khan and Majid Khan have been officially disclosed and unclassified for more than nine years. The Senate Intelligence Committee Study of the CIA's Detention and Interrogation Program, released in 2014, stated on page 335 that "On January 10, 2003, the FBI's Baltimore Field Office opened a full field international terrorism investigation on the email account 'BobDesi(@)hotmail.com.' [...] Six days later, on January 16, 2003, open source research related to the 'BobDesi' email account revealed a personal website for the user, Majid Khan." On page 280, the report states "On March 5, 2003, [...] FISA coverage of Majid Khan's residence in Maryland indicated that Majid Khan's [redacted] made a suspicious phone call to an individual at a residence associated with Iyman Faris." (S. Report 113-288, December 9, 2014, available at https://www.intelligence.senate.gov/sites/default/files/publications/CRPT-113srpt288.pdf).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

1

*Ackerman FOIA Request No. 06 - May 2024*

FOIA requests, I seek to help the public to better understand the FBI's approach to pursuing terror suspects at that time.

## II.    Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552,  I request the following records within twenty business days:

> All records related to <u>human and all other non-electronic surveillance and investigative activities targeting Ali Khan</u> in reference to <u>Iyman Faris,</u>  including memos or communications of planning or results of activities of surveillance of Mr. Khan's home at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD, or to have FBI agents or non-agents acting on the government's direction make contact with Ali Khan, or emails and Electronic Communications (ECs) between government employees transmitting or requesting such records or mentioning such non-electronic surveillance records or activities.

For this request, I seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. I am seeking records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. My request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

## III.    Recommended Search Parameters

In order to conduct a reasonably thorough search for potentially responsive records for a manual review, I recommend the FBI first use these (or reasonably similar) search parameters to collect an initial set of potentially responsive records. The FBI can then manually review the resulting collection to identify the above requested records. I agree to waive any future appeal or challenge of the FBI's approach if these parameters are followed and all resulting potentially responsive records are reviewed manually (by a human reviewer, not an automated tool) to identify responsive records.  I request you please search <u>all FBI electronic records systems including ACS, ELSUR, email, and electronic communications (EC) archives</u> to collect records matching the following initial search parameters:

1.    All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Ali Khan</u>, also sometimes known as Khan Shoekat Ali, who lives at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD, and was born on

                                                                 FRCP 5.2

---

[2] An index search for Ali Khan's FBI file.

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

2

2. All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Majid Khan</u> who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2002, and who was detained overseas by the Central Intelligence Agency and later the U.S. military at Guantanamo Bay Detention Facility, Cuba, from 2003 to 2023.[3]

3. All records containing the term <u>"Ali" within three words of "Khan"</u>[4] that are dated from January 1, 2003 to December 31, 2003.

4. All records containing the term <u>"Majid" within three words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

5. All records containing the term <u>"Iyman Faris" within 30 words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

6. All records containing the terms <u>"BobDesi" or "'BobDesi@hotmail.com"</u> that are dated from January 1, 2003 to December 31, 2004.

7. All records containing the terms "<u>1401 Lincoln Woods</u>" or "<u>1401 Lincolnwoods</u>" or "<u>1401 Lincolnwood</u>" that are dated from January 1, 2003 to December 31, 2004.

I expect the collection resulting from this initial electronic records search of the above listed records systems using these terms will be reasonably narrow enough that a manual search can be conducted for the requested documents described above.

## IV.    Authorization by Ali Khan and Majid Khan to Release Information

I understand that the FBI's practice is to withhold some portions of responsive records relating to living persons from FOIA disclosure under the FOIA's privacy-related exemptions except when the requestor has obtained that person's written consent. Attached to this request as Attachments A and B are completed forms DOJ-361 (Certification of Identity) by Mr. Ali Khan and Mr. Majid Khan including authorization to release information to me in response to this FOIA request. Pursuant to the DOJ's FOIA regulations at 28 CFR 16.3(a)(4), <u>the FBI should not withhold or redact records relating to Mr. Khan for any privacy-related interest such as those covered by FOIA Exemptions 6 or 7(C)</u>.

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if… disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law."[5] If any portion of the requested records is exempt from disclosure, the FOIA requires that you disclose any reasonably segregable non-exempt portions of the requested records. Even records that contain as little as one word or a page number that is non-exempt must nonetheless be redacted to the

---

[3] An index search for Majid Khan's FBI file.

[4] A standard search syntax representation of this search term would be "(ali w/3 khan)" with "w/3" instructing a search tool that "ali" and "khan" could appear in any order in matching records with up to two words between them. This is intended to allow for reversal of a name and insertion of middle names and initials. Please use non-case sensitive search terms.

[5] FOIA Improvement Act of 2016 Sec. 2 (Pub. L. No. 114-185).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

3

minimum extent possible and disclosed. Please be aware that a justification of the harm prevented by each redaction and record withheld, and the extent of the redactions on the page, will be required to be provided by your agency if this request becomes the subject of litigation.[6] Moreover, the agency should be prepared to supply "a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply."[7]

## V.    Application for Waiver or Limitation of Fees

I request that all fees in connection with this FOIA request be waived in accordance with DOJ FOIA regulations because it does not seek records primarily for a commercial interest and disclosure of the requested records is in the public interest because it is likely to contribute significantly to public understanding of operations and activities of the government. In particular it is likely that these records will provide the public with new insight into the FBI's efforts to "protect the American people and uphold the Constitution of the United States."[8] As discussed above, the requested records would provide important details about the actions taken by the FBI after the attacks of September 11, 2001 that were justified by the intention of prioritizing the prevention of future such attacks.[9] Any responsive records are likely to reflect investigative activities taken directly by the personnel of the FBI in interactions with members of the public. The records requested would shed new and unique light on matters that remain of intense interest to Americans including issues of public safety and security from perceived threats of terrorism, and protection of civil liberties. Finally, my interest in these records is as a news media requestor, so is not deemed to be of a commercial interest under the DOJ's FOIA regulation.[10] Therefore, having satisfied each of the factors required for consideration under the DOJ FOIA regulation to determine that disclosure is in the public interest, applicable fees should be waived.

If the above waiver request is not approved, in the alternative I request that fees be limited to those applicable to representatives of the news media.[11] I am submitting this FOIA request with the intent to use the requested records to produce distinct works of journalism and distribute them to an audience. In particular, I expect to use the requested records in a book that I am committed to writing under a contract with Penguin Press, which I expect to be distributed similarly to my last book, "Reign of Terror," which was published in 2021. Further, I am an independent, award-winning journalist and author with a solid basis for expecting publication in the future built on an extensive record of past publications as a staff and

---

[6] *Vaugn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).*

[7] Mead Data Central, Inc. v. U.S. Dep't of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

[8] The mission of the FBI, see https://www.fbi.gov/about/mission. At the time of the creation of the requested records the mission of the FBI was "protecting and defending the United States against terrorist and foreign intelligence threats, upholding and enforcing the criminal laws of the United States, and providing leadership and criminal justice services to federal, state, local, tribal territorial, and international agencies and partners." See testimony of FBI Director Robert Muller before the House CJS Appropriations Committee, June 21, 2002, https://archives.fbi.gov/archives/news/testimony/the-new-fbi-focus.

[9] See 2002 Muller testimony, note 8.

[10] 28 CFR 16.10(k)(2)(iii)(B).

[11] 28 CFR 16.10(d)(1).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

4

freelance writer in national and international news outlets including *The Nation, The Daily Beast, The Guardian, Wired, The New Republic* and many more. In my work at these publications I have contributed to articles that have been awarded the Pulitzer Prize for Public Service, the Investigative Reporters and Editors medal for investigative journalism, and the Scripps Howard Foundation Roy W. Howard Award for Public Service Reporting. For these reasons I qualify for status as a news media requestor. I affirm that the information provided supporting the requests for waiver or limitation of fees is true and correct to the best of my knowledge and belief. See 5 U.S.C. § 552(a)(6)(E)(vi).

I look forward to your response. Please feel free to contact me for any clarification or to provide an update on this request. You can reach me by phone at 202-294-9523 or by email at spencerackerman@gmail.com.

Sincerely,

/s/ Spencer Ackerman
National Security Journalist

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

5

**Attachment A - DOJ-361 (Certification of Identity) by Mr. Ali Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

6

**U.S Department of Justice**          **Certification of Identity**          

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    _KHAN  SHOUKAT  ALI_

Citizenship Status [2]  _USA_          Social Security Number [3]

Current Address _1751 UNDERWOOD ROAD, SYKESVILLE, MD 21784_

Date of Birth _____    Place of Birth _____ INDIA_          FRCP 5.2

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_SPeNCer  AcKerman_
**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature [4]** _Khan_          **Date** _05 / 07 / 2024_

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

**Attachment B - DOJ-361 (Certification of Identity) by Mr. Majid Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

8

**U.S Department of Justice**

# Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _Majid Shoukat Khan_

Citizenship Status [2] _Pakistan_      Social Security Number [3] ▮▮▮▮▮▮▮

Current Address _186-Hollywood area, Lords Bank Road, ladyville, Belize city, Belize_

Date of Birth ▮▮▮▮▮▮      Place of Birth _Saudia Arabia_      FRCP 5.2

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Spencer Ackerman

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____      Date _05-07-2024_

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

    Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Civil Action No. 24-cv-2858 (TNM)

# **Exhibit F**

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2024-05-20T19:02:54.404932+00:00 Status: sent Message:

## Individual Information

| | |
|---|---|
| Prefix | |
| First Name | Spencer |
| Middle Name | J |
| Last Name | Ackerman |
| Suffix | |
| Email | spencerackerman@gmail.com |
| Phone | 2022949523 |
| Location | United States |

## Domestic Address

| | |
|---|---|
| Address Line 1 | 678 E. 24th Street |
| Address Line 2 | |
| City | Brooklyn |
| State | New York |
| Postal | 11210 |

## Agreement to Pay

**How you will pay**

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a member of the news media and this request is related to the production of journalism, specifically a book under contract for manuscript delivery in January 2026.

**Documentation Files**

## Non-Individual FOIA Request

**Reque t Information**

This is a FOIA Request for Records related to the FBI File of Ali Khan (AKA Khan Shoekat Ali) as specified and bounded by the attached document.

## Expedite

**Expedite Reason**

I am a member of the news media and this request is related to the production of journalism, specifically a book under contract for manuscript delivery in January 2026.

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check

Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----

FROM:

Spencer Ackerman
678 E. 24th St
Brooklyn NY 11210

May 20, 2024

VIA ELECTRONIC MAIL

FOIA Officer
Federal Bureau of Investigation
Attn: Initial Processing Operations Unit
Record/Information Dissemination Section (RIDS)
200 Constitution Drive
Winchester, VA 22602

**Re: FOIA Request for Records related to the FBI File of Ali Khan**

To Whom It May Concern:

This letter is to request specific records from the Federal Bureau of Investigation (FBI) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding the subject specifically identified below.

## I.    Background

On or around March 5, 2003, agents of the FBI searched the home of Mr. Ali Khan, at 1401 Lincoln Woods Drive in Catonsville, Baltimore County, Maryland. At that time, Mr. Khan gave a voluntary interview at an FBI office in Baltimore, answering questions related to his son, Majid Khan, and another man, Iyman Faris, who were both suspected by the FBI of acting in support of terrorist attacks then thought to be planned by leaders of Al Qaeda following on from the attacks of September 11, 2001. The FBI also obtained a warrant for a wiretap on Mr. Khan's residence,[1] and conducted other surveillance of Mr. Khan's communications. These events, more than 21 years ago, remain of significant public interest, as they shed light on the FBI's approach to counterterrorism, an ongoing concern. Through this and other

---

[1] The FBI's investigative activities targeting the electronic communications and Baltimore residence of Ali Khan and Majid Khan have been officially disclosed and unclassified for more than nine years. The Senate Intelligence Committee Study of the CIA's Detention and Interrogation Program, released in 2014, stated on page 335 that "On January 10, 2003, the FBI's Baltimore Field Office opened a full field international terrorism investigation on the email account 'BobDesi(@)hotmail.com.' [...] Six days later, on January 16, 2003, open source research related to the 'BobDesi' email account revealed a personal website for the user, Majid Khan." On page 280, the report states "On March 5, 2003, [...] FISA coverage of Majid Khan's residence in Maryland indicated that Majid Khan's [redacted] made a suspicious phone call to an individual at a residence associated with Iyman Faris." (S. Report 113-288, December 9, 2014, available at
https://www.intelligence.senate.gov/sites/default/files/publications/CRPT-113srpt288.pdf).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

1

FOIA requests, I seek to help the public to better understand the FBI's approach to pursuing terror suspects at that time.

## II.   Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552,  I request the following records within twenty business days:

> All records that have been that have been previously indexed or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with Mr. Ali Khan, also sometimes known as Khan Shoekat Ali, who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2003 and 2004, and who was born on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ FRCP 5.2

For this request, I seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. I am seeking records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. My request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

## III.   Recommended Search Parameters

This request seeks records to be identified using the FBI's standard method for retrieving indexed records for a target subject. Therefore, no further recommendation of parameters for the search and collection of records is needed.

## IV.   Authorization by Ali Khan and Majid Khan to Release Information

I understand that the FBI's practice is to withhold some portions of responsive records relating to living persons from FOIA disclosure under the FOIA's privacy-related exemptions except when the requestor has obtained that person's written consent. Attached to this request as Attachments A and B are completed forms DOJ-361 (Certification of Identity) by Mr. Ali Khan and Mr. Majid Khan including authorization to release information to me in response to this FOIA request. Pursuant to the DOJ's FOIA regulations at 28 CFR 16.3(a)(4), the FBI should not withhold or redact records relating to Mr. Khan for any privacy-related interest such as those covered by FOIA Exemptions 6 or 7(C).

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if… disclosure would harm an interest protected by an exemption" or "disclosure is

---

[2] I understand that such index collections are commonly known as the subjects' "FBI files."

prohibited by law."[3] If any portion of the requested records is exempt from disclosure, the FOIA requires that you disclose any reasonably segregable non-exempt portions of the requested records. Even records that contain as little as one word or a page number that is non-exempt must nonetheless be redacted to the minimum extent possible and disclosed. Please be aware that a justification of the harm prevented by each redaction and record withheld, and the extent of the redactions on the page, will be required to be provided by your agency if this request becomes the subject of litigation.[4] Moreover, the agency should be prepared to supply "a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply."[5]

## V.    Application for Waiver or Limitation of Fees

I request that all fees in connection with this FOIA request be waived in accordance with DOJ FOIA regulations because it does not seek records primarily for a commercial interest and disclosure of the requested records is in the public interest because it is likely to contribute significantly to public understanding of operations and activities of the government. In particular it is likely that these records will provide the public with new insight into the FBI's efforts to "protect the American people and uphold the Constitution of the United States."[6] As discussed above, the requested records would provide important details about the actions taken by the FBI after the attacks of September 11, 2001 that were justified by the intention of prioritizing the prevention of future such attacks.[7] Any responsive records are likely to reflect investigative activities taken directly by the personnel of the FBI in interactions with members of the public. The records requested would shed new and unique light on matters that remain of intense interest to Americans including issues of public safety and security from perceived threats of terrorism, and protection of civil liberties. Finally, my interest in these records is as a news media requestor, so is not deemed to be of a commercial interest under the DOJ's FOIA regulation.[8] Therefore, having satisfied each of the factors required for consideration under the DOJ FOIA regulation to determine that disclosure is in the public interest, applicable fees should be waived.

If the above waiver request is not approved, in the alternative <u>I request that fees be limited to those applicable to representatives of the news media</u>.[9] I am submitting this FOIA request with the intent to use the requested records to produce distinct works of journalism and distribute them to an audience. In particular, I expect to use the requested records in a book that I am committed to writing under a contract

---

[3] FOIA Improvement Act of 2016 Sec. 2 (Pub. L. No. 114-185).

[4] *Vaugn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).*

[5] Mead Data Central, Inc. v. U.S. Dep't of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

[6] The mission of the FBI, see https://www.fbi.gov/about/mission. At the time of the creation of the requested records the mission of the FBI was "protecting and defending the United States against terrorist and foreign intelligence threats, upholding and enforcing the criminal laws of the United States, and providing leadership and criminal justice services to federal, state, local, tribal territorial, and international agencies and partners." See testimony of FBI Director Robert Muller before the House CJS Appropriations Committee, June 21, 2002, https://archives.fbi.gov/archives/news/testimony/the-new-fbi-focus.

[7] See 2002 Muller testimony, note 8.

[8] 28 CFR 16.10(k)(2)(iii)(B).

[9] 28 CFR 16.10(d)(1).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

with Penguin Press, which I expect to be distributed similarly to my last book, "Reign of Terror," which was published in 2021. Further, I am an independent, award-winning journalist and author with a solid basis for expecting publication in the future built on an extensive record of past publications as a staff and freelance writer in national and international news outlets including *The Nation, The Daily Beast, The Guardian, Wired, The New Republic* and many more. In my work at these publications I have contributed to articles that have been awarded the Pulitzer Prize for Public Service, the Investigative Reporters and Editors medal for investigative journalism, and the Scripps Howard Foundation Roy W. Howard Award for Public Service Reporting. For these reasons I qualify for status as a news media requestor. I affirm that the information provided supporting the requests for waiver or limitation of fees is true and correct to the best of my knowledge and belief. See 5 U.S.C. § 552(a)(6)(E)(vi).

I look forward to your response. Please feel free to contact me for any clarification or to provide an update on this request. You can reach me by phone at 202-294-9523 or by email at spencerackerman@gmail.com.

Sincerely,

/s/ Spencer Ackerman

National Security Journalist

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

**Attachment A - DOJ-361 (Certification of Identity) by Mr. Ali Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

5

**U.S Department of Justice**                    **Certification of Identity**           

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    _KHAN  SHOUKAT  ALI_

Citizenship Status [2]   _USA_              Social Security Number [3] ▓▓▓▓▓▓▓

Current Address  _1751 UNDERWOOD ROAD, SYKESVILLE, MD 21784_

Date of Birth  ▓▓▓▓▓▓▓            Place of Birth    _INDIA_

FRCP 5.2

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_SPENCER  ACKERMAN_
**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature [4]**  _Khan_              **Date**  _05 /07 /2024_

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

**Attachment B - DOJ-361 (Certification of Identity) by Mr. Majid Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

7

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _Majid Shoukat Khan_

Citizenship Status [2] _Pakistan_          Social Security Number [3] ▮▮▮▮▮▮

Current Address _186-Hollywood area, Lords Bank Road, ladyville, Belize city, Belize_

Date of Birth ▮▮▮▮▮▮          Place of Birth _Saudia Arabia_

FRCP 5.2

### OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

# Spencer Ackerman

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] _____          **Date** _05-07-2024_

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit G

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2024-05-20T18:04:48.039062+00:00 Status: sent Message:

## Individual Information

| | |
|---:|:---|
| **Prefix** | |
| **First Name** | Spencer |
| **Middle Name** | J |
| **Last Name** | Ackerman |
| **Suffix** | |
| **Email** | spencerackerman@gmail.com |
| **Phone** | 2022949523 |
| **Location** | United States |

## Domestic Address

| | |
|---:|:---|
| **Address Line 1** | 678 E. 24th Street |
| **Address Line 2** | |
| **City** | Brooklyn |
| **State** | New York |
| **Postal** | 11210 |

## Agreement to Pay

| | |
|---|---|
| **How you will pay** | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages. |

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**  I am a member of the media and this request is related to a work of journalism, specifically a book under contract for manuscript delivery in January 2026.

**Documentation Files**

## Non-Individual FOIA Request

**Request Information**  This is a request for records relating to FBI interaction with Mr. Ali Shoekat Khan (AKA Khan Shoekat Ali) and Mr. Majid Khan, bounded and specified by the attached file. I can be reached at 202-294-9523 or through spencerackerman@gmail.com

## Expedite

**Expedite Reason**  I am a member of the media and this request is related to a work of journalism, specifically a book under contract for manuscript delivery in January 2026.

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check

Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----

**FROM:**

Spencer Ackerman
678 E. 24th St
Brooklyn NY 11210

May 20, 2024

**VIA ELECTRONIC MAIL**

FOIA Officer
Federal Bureau of Investigation
Attn: Initial Processing Operations Unit
Record/Information Dissemination Section (RIDS)
200 Constitution Drive
Winchester, VA 22602

**Re: FOIA Request for Records related to electronic surveillance of Majid Khan**

To Whom It May Concern:

This letter is to request specific records from the Federal Bureau of Investigation (FBI) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding the subject specifically identified below.

## I.    Background

On or around March 5, 2003, agents of the FBI searched the home of Mr. Ali Khan, at 1401 Lincoln Woods Drive in Catonsville, Baltimore County, Maryland. At that time, Mr. Khan gave a voluntary interview at an FBI office in Baltimore, answering questions related to his son, Majid Khan, and another man, Iyman Faris, who were both suspected by the FBI of acting in support of terrorist attacks then thought to be planned by leaders of Al Qaeda following on from the attacks of September 11, 2001. The FBI also obtained a warrant for a wiretap on Mr. Khan's residence,[1] and conducted other surveillance of Mr. Khan's communications. These events, more than 21 years ago, remain of significant public interest, as they shed light on the FBI's approach to counterterrorism, an ongoing concern. Through this and other

---

[1] The FBI's investigative activities targeting the electronic communications and Baltimore residence of Ali Khan and Majid Khan have been officially disclosed and unclassified for more than nine years. The Senate Intelligence Committee Study of the CIA's Detention and Interrogation Program, released in 2014, stated on page 335 that "On January 10, 2003, the FBI's Baltimore Field Office opened a full field international terrorism investigation on the email account 'BobDesi(@)hotmail.com.' [...] Six days later, on January 16, 2003, open source research related to the 'BobDesi' email account revealed a personal website for the user, Majid Khan." On page 280, the report states "On March 5, 2003, [...] FISA coverage of Majid Khan's residence in Maryland indicated that Majid Khan's [redacted] made a suspicious phone call to an individual at a residence associated with Iyman Faris." (S. Report 113-288, December 9, 2014, available at
https://www.intelligence.senate.gov/sites/default/files/publications/CRPT-113srpt288.pdf).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

1

FOIA requests, I seek to help the public to better understand the FBI's approach to pursuing terror suspects at that time.

## II.    Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552,  I request the following records within twenty business days:

> All records from the years 2003 and 2004 related to wiretaps, pen registers, national security letter data collections and any other <u>electronic surveillance activities</u> targeting or involving <u>Mr. Majid Khan</u>, who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2002, who used the email address "BobDesi@hotmail.com," and who was detained overseas by the Central Intelligence Agency and later the U.S. military at Guantanamo Bay Detention Facility, Cuba, from 2003 to 2023. Such records include but are not limited to, internal wiretap proposals and approvals, draft and submitted warrant applications to FISA courts or other courts, call transcripts, call logs, call summaries, retrieved electronic communications, records of surveillance of the email account controlled by Mr. Khan, "<u>BobDesi@hotmail.com</u>," investigative memos and reports (WT-1, WT-2, WT-3), ELSUR case files, ELSUR cost reports, or emails and Electronic Communications (ECs) between government employees transmitting or requesting such records or mentioning such electronic surveillance records or activities.

For this request, I seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. I am seeking records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. My request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

## III.    Recommended Search Parameters

In order to conduct a reasonably thorough search for potentially responsive records for a manual review, I recommend the FBI first use these (or reasonably similar) search parameters to collect an initial set of potentially responsive records. The FBI can then manually review the resulting collection to identify the above requested records. I agree to waive any future appeal or challenge of the FBI's approach if these parameters are followed and all resulting potentially responsive records are reviewed manually (by a human reviewer, not an automated tool) to identify responsive records.  I request you please search <u>all FBI electronic records systems including ACS, ELSUR, email, and electronic communications (EC) archives</u> to collect records matching the following initial search parameters:

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

2

1.   All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Ali Khan</u>, also sometimes known as Khan Shoekat Ali, who lives at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD, and was born on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮   FRCP 5.2

2.   All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Majid Khan</u> who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2002, and who was detained overseas by the Central Intelligence Agency and later the U.S. military at Guantanamo Bay Detention Facility, Cuba, from 2003 to 2023.[3]

3.   All records containing the term <u>"Ali" within three words of "Khan"</u>[4] that are dated from January 1, 2003 to December 31, 2003.

4.   All records containing the term <u>"Majid" within three words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

5.   All records containing the term <u>"Iyman Faris" within 30 words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

6.   All records containing the terms <u>"BobDesi" or "'BobDesi@hotmail.com"</u> that are dated from January 1, 2003 to December 31, 2004.

7.   All records containing the terms "<u>1401 Lincoln Woods</u>" or "<u>1401 Lincolnwoods</u>" or "<u>1401 Lincolnwood</u>" that are dated from January 1, 2003 to December 31, 2004.

I expect the collection resulting from this initial electronic records search of the above listed records systems using these terms will be reasonably narrow enough that a manual search can be conducted for the requested documents described above.

## IV.   Authorization by Ali Khan and Majid Khan to Release Information

I understand that the FBI's practice is to withhold some portions of responsive records relating to living persons from FOIA disclosure under the FOIA's privacy-related exemptions except when the requestor has obtained that person's written consent. Attached to this request as Attachments A and B are completed forms DOJ-361 (Certification of Identity) by Mr. Ali Khan and Mr. Majid Khan including authorization to release information to me in response to this FOIA request. Pursuant to the DOJ's FOIA regulations at 28 CFR 16.3(a)(4), <u>the FBI should not withhold or redact records relating to Mr. Khan for any privacy-related interest such as those covered by FOIA Exemptions 6 or 7(C)</u>.

---

[2] An index search for Ali Khan's FBI file.

[3] An index search for Majid Khan's FBI file.

[4] A standard search syntax representation of this search term would be "(ali w/3 khan)" with "w/3" instructing a search tool that "ali" and "khan" could appear in any order in matching records with up to two words between them. This is intended to allow for reversal of a name and insertion of middle names and initials. Please use non-case sensitive search terms.

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

3

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if… disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law."[5] If any portion of the requested records is exempt from disclosure, the FOIA requires that you disclose any reasonably segregable non-exempt portions of the requested records. Even records that contain as little as one word or a page number that is non-exempt must nonetheless be redacted to the minimum extent possible and disclosed. Please be aware that a justification of the harm prevented by each redaction and record withheld, and the extent of the redactions on the page, will be required to be provided by your agency if this request becomes the subject of litigation.[6] Moreover, the agency should be prepared to supply "a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply."[7]

## V.  Application for Waiver or Limitation of Fees

I request that all fees in connection with this FOIA request be waived in accordance with DOJ FOIA regulations because it does not seek records primarily for a commercial interest and disclosure of the requested records is in the public interest because it is likely to contribute significantly to public understanding of operations and activities of the government. In particular it is likely that these records will provide the public with new insight into the FBI's efforts to "protect the American people and uphold the Constitution of the United States."[8] As discussed above, the requested records would provide important details about the actions taken by the FBI after the attacks of September 11, 2001 that were justified by the intention of prioritizing the prevention of future such attacks.[9] Any responsive records are likely to reflect investigative activities taken directly by the personnel of the FBI in interactions with members of the public. The records requested would shed new and unique light on matters that remain of intense interest to Americans including issues of public safety and security from perceived threats of terrorism, and protection of civil liberties. Finally, my interest in these records is as a news media requestor, so is not deemed to be of a commercial interest under the DOJ's FOIA regulation.[10] Therefore, having satisfied each of the factors required for consideration under the DOJ FOIA regulation to determine that disclosure is in the public interest, applicable fees should be waived.

If the above waiver request is not approved, in the alternative <u>I request that fees be limited to those applicable to representatives of the news media</u>.[11] I am submitting this FOIA request with the intent to use

---

[5] FOIA Improvement Act of 2016 Sec. 2 (Pub. L. No. 114-185).

[6] *Vaugn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).*

[7] Mead Data Central, Inc. v. U.S. Dep't of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

[8] The mission of the FBI, see https://www.fbi.gov/about/mission. At the time of the creation of the requested records the mission of the FBI was "protecting and defending the United States against terrorist and foreign intelligence threats, upholding and enforcing the criminal laws of the United States, and providing leadership and criminal justice services to federal, state, local, tribal territorial, and international agencies and partners." See testimony of FBI Director Robert Muller before the House CJS Appropriations Committee, June 21, 2002, https://archives.fbi.gov/archives/news/testimony/the-new-fbi-focus.

[9] See 2002 Muller testimony, note 8.

[10] 28 CFR 16.10(k)(2)(iii)(B).

[11] 28 CFR 16.10(d)(1).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spenceackerman@gmail.com.

4

the requested records to produce distinct works of journalism and distribute them to an audience. In particular, I expect to use the requested records in a book that I am committed to writing under a contract with Penguin Press, which I expect to be distributed similarly to my last book, "Reign of Terror," which was published in 2021. Further, I am an independent, award-winning journalist and author with a solid basis for expecting publication in the future built on an extensive record of past publications as a staff and freelance writer in national and international news outlets including *The Nation, The Daily Beast, The Guardian, Wired, The New Republic* and many more. In my work at these publications I have contributed to articles that have been awarded the Pulitzer Prize for Public Service, the Investigative Reporters and Editors medal for investigative journalism, and the Scripps Howard Foundation Roy W. Howard Award for Public Service Reporting. For these reasons I qualify for status as a news media requestor. I affirm that the information provided supporting the requests for waiver or limitation of fees is true and correct to the best of my knowledge and belief. See 5 U.S.C. § 552(a)(6)(E)(vi).

I look forward to your response. Please feel free to contact me for any clarification or to provide an update on this request. You can reach me by phone at 202-294-9523 or by email at spencerackerman@gmail.com.

Sincerely,

/s/ Spencer Ackerman

National Security Journalist

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

5

**Attachment A - DOJ-361 (Certification of Identity) by Mr. Ali Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

6

**U.S Department of Justice**

# Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   *KHAN  SHOUKAT  ALI*

Citizenship Status [2]  *USA*   Social Security Number [3] ▓▓▓▓▓

Current Address  *1751 UNDERWOOD ROAD, SYKESVILLE, MD 21784*

Date of Birth ▓▓▓▓▓   Place of Birth   *INDIA*

FRCP 5.2

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

*SPENCER  ACKERMAN*

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4]  *Khan A* Y   **Date**  *05 /07 /2024*

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**Attachment B - DOJ-361 (Certification of Identity) by Mr. Majid Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

8

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _Majid Shoukat Khan_

Citizenship Status [2] _Pakistan_          Social Security Number [3] ▇▇▇▇▇▇

Current Address _186-Hollywood area, Lords Bank Road, ladyville, Belize city, Belize_

Date of Birth ▇▇▇▇▇▇          Place of Birth _Saudia Arabia_          FRCP 5.2

### OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Spencer Ackerman

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] _____          **Date** _05-07-2024_

[1] Name of individual who is the subject of the record(s) sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit H

**FROM:**

Spencer Ackerman

678 E. 24th St

Brooklyn NY 11210

May 20, 2024

**VIA ELECTRONIC MAIL**

FOIA Officer

Federal Bureau of Investigation

Attn: Initial Processing Operations Unit

Record/Information Dissemination Section (RIDS)

200 Constitution Drive

Winchester, VA 22602

**Re: FOIA Request for Records related to an FBI interview of Mahmood Khan**

To Whom It May Concern:

This letter is to request specific records from the Federal Bureau of Investigation (FBI) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding the subject specifically identified below.

## I. Background

On or around March 5, 2003, agents of the FBI searched the home of Mr. Ali Khan, at 1401 Lincoln Woods Drive in Catonsville, Baltimore County, Maryland. At that time, Mr. Khan gave a voluntary interview at an FBI office in Baltimore, answering questions related to his son, Majid Khan, and another man, Iyman Faris, who were both suspected by the FBI of acting in support of terrorist attacks then thought to be planned by leaders of Al Qaeda following on from the attacks of September 11, 2001. The FBI also obtained a warrant for a wiretap on Mr. Khan's residence,[1] and conducted other surveillance of Mr. Khan's communications. These events, more than 21 years ago, remain of significant public interest, as they shed light on the FBI's approach to counterterrorism, an ongoing concern. Through this and other

---

[1] The FBI's investigative activities targeting the electronic communications and Baltimore residence of Ali Khan and Majid Khan have been officially disclosed and unclassified for more than nine years. The Senate Intelligence Committee Study of the CIA's Detention and Interrogation Program, released in 2014, stated on page 335 that "On January 10, 2003, the FBI's Baltimore Field Office opened a full field international terrorism investigation on the email account 'BobDesi(@)hotmail.com.' [...] Six days later, on January 16, 2003, open source research related to the 'BobDesi' email account revealed a personal website for the user, Majid Khan." On page 280, the report states "On March 5, 2003, [...] FISA coverage of Majid Khan's residence in Maryland indicated that Majid Khan's [redacted] made a suspicious phone call to an individual at a residence associated with Iyman Faris." (S. Report 113-288, December 9, 2014, available at https://www.intelligence.senate.gov/sites/default/files/publications/CRPT-113srpt288.pdf).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

1

FOIA requests, I seek to help the public to better understand the FBI's approach to pursuing terror suspects at that time.

## II.  Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552,  I request the following records within twenty business days:

> All investigative records related to an <u>interview of Mahmood Khan,</u> son of Ali Khan and brother of Majid Khan, conducted by FBI personnel in or around March or April 2003. Such records include but are not limited to, completed Interview reports (FD-302), Investigative Accomplishments Forms (FD-542), CHS Report (FD-1023, FD-1040), or emails and Electronic Communications (ECs) between government employees transmitting or requesting such records or mentioning such an interview.

For this request, I seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. I am seeking records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. My request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

## III.  Recommended Search Parameters

In order to conduct a reasonably thorough search for potentially responsive records for a manual review, I recommend the FBI first use these (or reasonably similar) search parameters to collect an initial set of potentially responsive records. The FBI can then manually review the resulting collection to identify the above requested records. I agree to waive any future appeal or challenge of the FBI's approach if these parameters are followed and all resulting potentially responsive records are reviewed manually (by a human reviewer, not an automated tool) to identify responsive records.  I request you please search <u>all FBI electronic records systems including ACS, ELSUR, email, and electronic communications (EC) archives</u> to collect records matching the following initial search parameters:

1.   All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Ali Khan,</u> also sometimes known as Khan Shoekat Ali, who lives at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD, and was born on
 [2]      FRCP 5.2

---

[2] An index search for Ali Khan's FBI file.

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

2

2. All records that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Majid Khan</u> who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2002, and who was detained overseas by the Central Intelligence Agency and later the U.S. military at Guantanamo Bay Detention Facility, Cuba, from 2003 to 2023.[3]

3. All records containing the term <u>"Ali" within three words of "Khan"</u>[4] that are dated from January 1, 2003 to December 31, 2003.

4. All records containing the term <u>"Majid" within three words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

5. All records containing the term <u>"Iyman Faris" within 30 words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

6. All records containing the terms <u>"BobDesi" or "'BobDesi@hotmail.com"</u> that are dated from January 1, 2003 to December 31, 2004.

7. All records containing the terms "<u>1401 Lincoln Woods</u>" or "<u>1401 Lincolnwoods</u>" or "<u>1401 Lincolnwood</u>" that are dated from January 1, 2003 to December 31, 2004.

I expect the collection resulting from this initial electronic records search of the above listed records systems using these terms will be reasonably narrow enough that a manual search can be conducted for the requested documents described above.

## IV.    Authorization by Ali Khan and Majid Khan to Release Information

I understand that the FBI's practice is to withhold some portions of responsive records relating to living persons from FOIA disclosure under the FOIA's privacy-related exemptions except when the requestor has obtained that person's written consent. Attached to this request as Attachments A and B are completed forms DOJ-361 (Certification of Identity) by Mr. Ali Khan and Mr. Majid Khan including authorization to release information to me in response to this FOIA request. Pursuant to the DOJ's FOIA regulations at 28 CFR 16.3(a)(4), <u>the FBI should not withhold or redact records relating to Mr. Khan for any privacy-related interest such as those covered by FOIA Exemptions 6 or 7(C)</u>.

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if… disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law."[5] If any portion of the requested records is exempt from disclosure, the FOIA requires that you disclose any reasonably segregable non-exempt portions of the requested records. Even records that contain as little as one word or a page number that is non-exempt must nonetheless be redacted to the

---

[3] An index search for Majid Khan's FBI file.

[4] A standard search syntax representation of this search term would be "(ali w/3 khan)" with "w/3" instructing a search tool that "ali" and "khan" could appear in any order in matching records with up to two words between them. This is intended to allow for reversal of a name and insertion of middle names and initials. Please use non-case sensitive search terms.

[5] FOIA Improvement Act of 2016 Sec. 2 (Pub. L. No. 114-185).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

3

minimum extent possible and disclosed. Please be aware that a justification of the harm prevented by each redaction and record withheld, and the extent of the redactions on the page, will be required to be provided by your agency if this request becomes the subject of litigation.[6] Moreover, the agency should be prepared to supply "a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply."[7]

## V.    Application for Waiver or Limitation of Fees

I request that all fees in connection with this FOIA request be waived in accordance with DOJ FOIA regulations because it does not seek records primarily for a commercial interest and disclosure of the requested records is in the public interest because it is likely to contribute significantly to public understanding of operations and activities of the government. In particular it is likely that these records will provide the public with new insight into the FBI's efforts to "protect the American people and uphold the Constitution of the United States."[8] As discussed above, the requested records would provide important details about the actions taken by the FBI after the attacks of September 11, 2001 that were justified by the intention of prioritizing the prevention of future such attacks.[9] Any responsive records are likely to reflect investigative activities taken directly by the personnel of the FBI in interactions with members of the public. The records requested would shed new and unique light on matters that remain of intense interest to Americans including issues of public safety and security from perceived threats of terrorism, and protection of civil liberties. Finally, my interest in these records is as a news media requestor, so is not deemed to be of a commercial interest under the DOJ's FOIA regulation.[10] Therefore, having satisfied each of the factors required for consideration under the DOJ FOIA regulation to determine that disclosure is in the public interest, applicable fees should be waived.

If the above waiver request is not approved, in the alternative <u>I request that fees be limited to those applicable to representatives of the news media</u>.[11] I am submitting this FOIA request with the intent to use the requested records to produce distinct works of journalism and distribute them to an audience. In particular, I expect to use the requested records in a book that I am committed to writing under a contract with Penguin Press, which I expect to be distributed similarly to my last book, "Reign of Terror," which was published in 2021. Further, I am an independent, award-winning journalist and author with a solid basis for expecting publication in the future built on an extensive record of past publications as a staff and

---

[6] *Vaugn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).*

[7] Mead Data Central, Inc. v. U.S. Dep't of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

[8] The mission of the FBI, see https://www.fbi.gov/about/mission. At the time of the creation of the requested records the mission of the FBI was "protecting and defending the United States against terrorist and foreign intelligence threats, upholding and enforcing the criminal laws of the United States, and providing leadership and criminal justice services to federal, state, local, tribal territorial, and international agencies and partners." See testimony of FBI Director Robert Muller before the House CJS Appropriations Committee, June 21, 2002, https://archives.fbi.gov/archives/news/testimony/the-new-fbi-focus.

[9] See 2002 Muller testimony, note 8.

[10] 28 CFR 16.10(k)(2)(iii)(B).

[11] 28 CFR 16.10(d)(1).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spenceeackerman@gmail.com.

4

freelance writer in national and international news outlets including *The Nation, The Daily Beast, The Guardian, Wired, The New Republic* and many more. In my work at these publications I have contributed to articles that have been awarded the Pulitzer Prize for Public Service, the Investigative Reporters and Editors medal for investigative journalism, and the Scripps Howard Foundation Roy W. Howard Award for Public Service Reporting. For these reasons I qualify for status as a news media requestor. I affirm that the information provided supporting the requests for waiver or limitation of fees is true and correct to the best of my knowledge and belief. See 5 U.S.C. § 552(a)(6)(E)(vi).

I look forward to your response. Please feel free to contact me for any clarification or to provide an update on this request. You can reach me by phone at 202-294-9523 or by email at spencerackerman@gmail.com.

Sincerely,

/s/ Spencer Ackerman

National Security Journalist

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

# Attachment A - DOJ-361 (Certification of Identity) by Mr. Ali Khan

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

6

**U.S Department of Justice**            **Certification of Identity**



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    _KHAN    SHOUKAT    ALI_

Citizenship Status [2]   _USA_              Social Security Number [3] _____

Current Address  _1751  UNDERWOOD  ROAD,  SYKESVILLE,  MD  21784_

Date of Birth _____        Place of Birth _____ _INDIA_
                                                    FRCP 5.2

**OPTIONAL:  Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552b(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_SPeNCer    AcKerman_
**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4]  _Khan_                    **Date**  _05 / 07 / 2024_

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**Attachment B - DOJ-361 (Certification of Identity) by Mr. Majid Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

8

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Majid Shoukat Khan

Citizenship Status [2]  Pakistan          Social Security Number [3]  ███████

FRCP 5.2

Current Address  186-Hollywood area, Lords Bank Road, ladyville, Belize city, Belize

Date of Birth  ███████          Place of Birth  Saudia Arabia

### OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Spencer Ackerman

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _____          Date  05-07-2024

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit I

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2024-05-20T19:05:08.010416+00:00 Status: sent Message:

## Individual Information

| | |
|---:|---|
| **Prefix** | |
| **First Name** | Spencer |
| **Middle Name** | J |
| **Last Name** | Ackerman |
| **Suffix** | |
| **Email** | spencerackerman@gmail.com |
| **Phone** | 2022949523 |
| **Location** | United States |

## Domestic Address

| | |
|---:|---|
| **Address Line 1** | 678 E. 24th Street |
| **Address Line 2** | |
| **City** | Brooklyn |
| **State** | New York |
| **Postal** | 11210 |

## Agreement to Pay

| How you will pay | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages. |

## Proof Of Affiliation for Fee Waiver

| Waiver Explanation | I am a member of the news media and this request is related to the production of journalism, specifically a book under contract for manuscript delivery in January 2026. |

| Documentation Files | |

## Non-Individual FOIA Request

| Request Information | This is a FOIA Request for Records related to the FBI File of Majid Khan, as bounded and specified by the attached document. I can be reached at 202-294-9523 or spencerackerman@gmail.com. |

## Expedite

| Expedite Reason | I am a member of the news media and this request is related to the production of journalism, specifically a book under contract for manuscript delivery in January 2026. |

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check

Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----

FROM:

Spencer Ackerman
678 E. 24th St
Brooklyn NY 11210

May 20, 2024

VIA ELECTRONIC MAIL

FOIA Officer
Federal Bureau of Investigation
Attn: Initial Processing Operations Unit
Record/Information Dissemination Section (RIDS)
200 Constitution Drive
Winchester, VA 22602

Re: FOIA Request for Records related to the FBI File of Majid Khan

To Whom It May Concern:

This letter is to request specific records from the Federal Bureau of Investigation (FBI) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding the subject specifically identified below.

## I.   Background

On or around March 5, 2003, agents of the FBI searched the home of Mr. Ali Khan, at 1401 Lincoln Woods Drive in Catonsville, Baltimore County, Maryland. At that time, Mr. Khan gave a voluntary interview at an FBI office in Baltimore, answering questions related to his son, Majid Khan, and another man, Iyman Faris, who were both suspected by the FBI of acting in support of terrorist attacks then thought to be planned by leaders of Al Qaeda following on from the attacks of September 11, 2001. The FBI also obtained a warrant for a wiretap on Mr. Khan's residence,[1] and conducted other surveillance of Mr. Khan's communications. These events, more than 21 years ago, remain of significant public interest, as they shed light on the FBI's approach to counterterrorism, an ongoing concern. Through this and other

---

[1] The FBI's investigative activities targeting the electronic communications and Baltimore residence of Ali Khan and Majid Khan have been officially disclosed and unclassified for more than nine years. The Senate Intelligence Committee Study of the CIA's Detention and Interrogation Program, released in 2014, stated on page 335 that "On January 10, 2003, the FBI's Baltimore Field Office opened a full field international terrorism investigation on the email account 'BobDesi(@)hotmail.com.' [...] Six days later, on January 16, 2003, open source research related to the 'BobDesi' email account revealed a personal website for the user, Majid Khan." On page 280, the report states "On March 5, 2003, [...] FISA coverage of Majid Khan's residence in Maryland indicated that Majid Khan's [redacted] made a suspicious phone call to an individual at a residence associated with Iyman Faris." (S. Report 113-288, December 9, 2014, available at
https://www.intelligence.senate.gov/sites/default/files/publications/CRPT-113srpt288.pdf).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

1

FOIA requests, I seek to help the public to better understand the FBI's approach to pursuing terror suspects at that time.

## II.    Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, I request the following records within twenty business days:

> All records that have been that have been previously <u>indexed</u> or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with <u>Mr. Majid Khan</u> who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2002, and who was detained overseas by the Central Intelligence Agency and later the U.S. military at Guantanamo Bay Detention Facility, Cuba, from 2003 to 2023.[2]

For this request, I seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. I am seeking records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. My request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

## III.    Recommended Search Parameters

This request seeks records to be identified using the FBI's standard method for retrieving indexed records for a target subject. Therefore, no further recommendation of parameters for the search and collection of records is needed.

## IV.    Authorization by Ali Khan and Majid Khan to Release Information

I understand that the FBI's practice is to withhold some portions of responsive records relating to living persons from FOIA disclosure under the FOIA's privacy-related exemptions except when the requestor has obtained that person's written consent. Attached to this request as Attachments A and B are completed forms DOJ-361 (Certification of Identity) by Mr. Ali Khan and Mr. Majid Khan including authorization to release information to me in response to this FOIA request. Pursuant to the DOJ's FOIA regulations at 28 CFR 16.3(a)(4), <u>the FBI should not withhold or redact records relating to Mr. Khan for any privacy-related interest such as those covered by FOIA Exemptions 6 or 7(C)</u>.

---

[2] I understand that such index collections are commonly known as the subjects' "FBI files."

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

2

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if… disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law."[3] If any portion of the requested records is exempt from disclosure, the FOIA requires that you disclose any reasonably segregable non-exempt portions of the requested records. Even records that contain as little as one word or a page number that is non-exempt must nonetheless be redacted to the minimum extent possible and disclosed. Please be aware that a justification of the harm prevented by each redaction and record withheld, and the extent of the redactions on the page, will be required to be provided by your agency if this request becomes the subject of litigation.[4] Moreover, the agency should be prepared to supply "a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply."[5]

## V.    Application for Waiver or Limitation of Fees

I request that all fees in connection with this FOIA request be waived in accordance with DOJ FOIA regulations because it does not seek records primarily for a commercial interest and disclosure of the requested records is in the public interest because it is likely to contribute significantly to public understanding of operations and activities of the government. In particular it is likely that these records will provide the public with new insight into the FBI's efforts to "protect the American people and uphold the Constitution of the United States."[6] As discussed above, the requested records would provide important details about the actions taken by the FBI after the attacks of September 11, 2001 that were justified by the intention of prioritizing the prevention of future such attacks.[7] Any responsive records are likely to reflect investigative activities taken directly by the personnel of the FBI in interactions with members of the public. The records requested would shed new and unique light on matters that remain of intense interest to Americans including issues of public safety and security from perceived threats of terrorism, and protection of civil liberties. Finally, my interest in these records is as a news media requestor, so is not deemed to be of a commercial interest under the DOJ's FOIA regulation.[8] Therefore, having satisfied each of the factors required for consideration under the DOJ FOIA regulation to determine that disclosure is in the public interest, applicable fees should be waived.

If the above waiver request is not approved, in the alternative <u>I request that fees be limited to those applicable to representatives of the news media</u>.[9] I am submitting this FOIA request with the intent to use

---

[3] FOIA Improvement Act of 2016 Sec. 2 (Pub. L. No. 114-185).

[4] *Vaugn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).*

[5] Mead Data Central, Inc. v. U.S. Dep't of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

[6] The mission of the FBI, see https://www.fbi.gov/about/mission. At the time of the creation of the requested records the mission of the FBI was "protecting and defending the United States against terrorist and foreign intelligence threats, upholding and enforcing the criminal laws of the United States, and providing leadership and criminal justice services to federal, state, local, tribal territorial, and international agencies and partners." See testimony of FBI Director Robert Muller before the House CJS Appropriations Committee, June 21, 2002, https://archives.fbi.gov/archives/news/testimony/the-new-fbi-focus.

[7] See 2002 Muller testimony, note 8.

[8] 28 CFR 16.10(k)(2)(iii)(B).

[9] 28 CFR 16.10(d)(1).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

3

the requested records to produce distinct works of journalism and distribute them to an audience. In particular, I expect to use the requested records in a book that I am committed to writing under a contract with Penguin Press, which I expect to be distributed similarly to my last book, "Reign of Terror," which was published in 2021. Further, I am an independent, award-winning journalist and author with a solid basis for expecting publication in the future built on an extensive record of past publications as a staff and freelance writer in national and international news outlets including *The Nation, The Daily Beast, The Guardian, Wired, The New Republic* and many more. In my work at these publications I have contributed to articles that have been awarded the Pulitzer Prize for Public Service, the Investigative Reporters and Editors medal for investigative journalism, and the Scripps Howard Foundation Roy W. Howard Award for Public Service Reporting. For these reasons I qualify for status as a news media requestor. I affirm that the information provided supporting the requests for waiver or limitation of fees is true and correct to the best of my knowledge and belief. See 5 U.S.C. § 552(a)(6)(E)(vi).

I look forward to your response. Please feel free to contact me for any clarification or to provide an update on this request. You can reach me by phone at 202-294-9523 or by email at spencerackerman@gmail.com.

Sincerely,

/s/ Spencer Ackerman

National Security Journalist

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

4

**Attachment A - DOJ-361 (Certification of Identity) by Mr. Ali Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

5

**U.S. Department of Justice**                    **Certification of Identity**                    

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   _KHAN  SHOUKAT  ALI_

Citizenship Status [2]  _USA_          Social Security Number [3] ▊▊▊▊

Current Address  _1751 UNDERWOOD ROAD, SYKESVILLE, MD 21784_

FRCP 5.2

Date of Birth  ▊▊▊▊          Place of Birth  _INDIA_

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_SPENCEr  ACKErMAN_

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4]  _Khan_          **Date**  _05 / 07 / 2024_

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

*Ackerman FOIA Request No. 09 - May 2024*

**Attachment B - DOJ-361 (Certification of Identity) by Mr. Majid Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

7

**U.S Department of Justice**

# Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Majid Shoukat Khan

Citizenship Status [2]  Pakistan     Social Security Number [3] ███████

Current Address  186-Hollywood area, Lords Bank Road, ladyville, Belize city, Belize     FRCP 5.2

Date of Birth  ███████     Place of Birth  Saudia Arabia

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Spencer Ackerman

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____     Date  05-07-2024

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit J

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2024-05-20T19:00:48.533213+00:00 Status: sent Message:

## Individual Information

| | |
|---|---|
| **Prefix** | |
| **First Name** | Spencer |
| **Middle Name** | J |
| **Last Name** | Ackerman |
| **Suffix** | |
| **Email** | spencerackerman@gmail.com |
| **Phone** | 2022949523 |
| **Location** | United States |

## Domestic Address

| | |
|---|---|
| **Address Line 1** | 678 E. 24th Street |
| **Address Line 2** | |
| **City** | Brooklyn |
| **State** | New York |
| **Postal** | 11210 |

## Agreement to Pay

**How you will pay**

> I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

> I am a member of the news media and this request is related to the production of journalism, specifically a book under contract for manuscript delivery in January 2026.

**Documentation Files**

## Non-Individual FOIA Request

**Request Information**

> This is a FOIA Request for Records related to Previous FOIA releases about Ali Khan (AKA Khan Shoekat Ali) or Majid Khan, as bounded and specified by the attached document.

## Expedite

**Expedite Reason**

> I am a member of the news media and this request is related to the production of journalism, specifically a book under contract for manuscript delivery in January 2026.

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the

â€˜Check Status of Your FOI/PA Request toolâ€™ link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----

**FROM:**

Spencer Ackerman
678 E. 24th St
Brooklyn NY 11210

May 20, 2024

**VIA ELECTRONIC MAIL**

FOIA Officer
Federal Bureau of Investigation
Attn: Initial Processing Operations Unit
Record/Information Dissemination Section (RIDS)
200 Constitution Drive
Winchester, VA 22602

**Re: FOIA Request for Records related to Previous FOIA releases about Ali Khan or Majid Khan**

To Whom It May Concern:

This letter is to request specific records from the Federal Bureau of Investigation (FBI) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding the subject specifically identified below.

## I.    Background

On or around March 5, 2003, agents of the FBI searched the home of Mr. Ali Khan, at 1401 Lincoln Woods Drive in Catonsville, Baltimore County, Maryland. At that time, Mr. Khan gave a voluntary interview at an FBI office in Baltimore, answering questions related to his son, Majid Khan, and another man, Iyman Faris, who were both suspected by the FBI of acting in support of terrorist attacks then thought to be planned by leaders of Al Qaeda following on from the attacks of September 11, 2001. The FBI also obtained a warrant for a wiretap on Mr. Khan's residence,[1] and conducted other surveillance of Mr. Khan's communications. These events, more than 21 years ago, remain of significant public interest, as they shed light on the FBI's approach to counterterrorism, an ongoing concern. Through this and other

---

[1] The FBI's investigative activities targeting the electronic communications and Baltimore residence of Ali Khan and Majid Khan have been officially disclosed and unclassified for more than nine years. The Senate Intelligence Committee Study of the CIA's Detention and Interrogation Program, released in 2014, stated on page 335 that "On January 10, 2003, the FBI's Baltimore Field Office opened a full field international terrorism investigation on the email account 'BobDesi(@)hotmail.com.' [...] Six days later, on January 16, 2003, open source research related to the 'BobDesi' email account revealed a personal website for the user, Majid Khan." On page 280, the report states "On March 5, 2003, [...] FISA coverage of Majid Khan's residence in Maryland indicated that Majid Khan's [redacted] made a suspicious phone call to an individual at a residence associated with Iyman Faris." (S. Report 113-288, December 9, 2014, available at
https://www.intelligence.senate.gov/sites/default/files/publications/CRPT-113srpt288.pdf).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

1

FOIA requests, I seek to help the public to better understand the FBI's approach to pursuing terror suspects at that time.

## II.    Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552,  I request the following records within twenty business days:

> All final processed FOIA releases by the FBI for previous requests for records to the FBI related to Majid Khan, including but not limited to the following: request number 2013-01746, dated 1/7/14; and request number 1511489, dated 12/7/21.

For this request, I seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. I am seeking records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. My request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

## III.    Recommended Search Parameters

As this request seeks records of prior FBI FOIA releases, it is possible that the RIDS office may have the requested records on hand without the need of a technical search of FBI systems. If that is not the case, in order to conduct a reasonably thorough search for potentially responsive records for a manual review, I recommend the FBI first use these (or reasonably similar) search parameters to collect an initial set of potentially responsive records. The FBI can then manually review the resulting collection to identify the above requested records. I agree to waive any future appeal or challenge of the FBI's approach if these parameters are followed and all resulting potentially responsive records are reviewed manually (by a human reviewer, not an automated tool) to identify responsive records.  I request you please search all FBI electronic records systems including ACS, ELSUR, email, and electronic communications (EC) archives to collect records matching the following initial search parameters:

1.    All records that have been previously indexed or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with Mr. Ali Khan, also sometimes known as Khan Shoekat Ali, who lives at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD, and was born on December 12, 1947.[2]

2.    All records that have been previously indexed or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with Mr. Majid Khan

---

[2] An index search for Ali Khan's FBI file.

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

2

who lived at 1401 Lincoln Woods Drive (sometimes listed as "1401 Lincolnwoods Drive"), in Catonsville, Baltimore, MD in 2002, and who was detained overseas by the Central Intelligence Agency and later the U.S. military at Guantanamo Bay Detention Facility, Cuba, from 2003 to 2023.[3]

3. All records containing the term <u>"Ali" within three words of "Khan"</u>[4] that are dated from January 1, 2003 to December 31, 2003.

4. All records containing the term <u>"Majid" within three words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

5. All records containing the term <u>"Iyman Faris" within 30 words of "Khan"</u> that are dated from January 1, 2003 to December 31, 2004.

6. All records containing the terms <u>"BobDesi" or "'BobDesi@hotmail.com"</u> that are dated from January 1, 2003 to December 31, 2004.

7. All records containing the terms "<u>1401 Lincoln Woods</u>" or "<u>1401 Lincolnwoods</u>" or "<u>1401 Lincolnwood</u>" that are dated from January 1, 2003 to December 31, 2004.

I expect the collection resulting from this initial electronic records search of the above listed records systems using these terms will be reasonably narrow enough that a manual search can be conducted for the requested documents described above.


## IV.    Authorization by Ali Khan and Majid Khan to Release Information

I understand that the FBI's practice is to withhold some portions of responsive records relating to living persons from FOIA disclosure under the FOIA's privacy-related exemptions except when the requestor has obtained that person's written consent. Attached to this request as Attachments A and B are completed forms DOJ-361 (Certification of Identity) by Mr. Ali Khan and Mr. Majid Khan including authorization to release information to me in response to this FOIA request. Pursuant to the DOJ's FOIA regulations at 28 CFR 16.3(a)(4), <u>the FBI should not withhold or redact records relating to Mr. Khan for any privacy-related interest such as those covered by FOIA Exemptions 6 or 7(C)</u>.

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if… disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law."[5] If any portion of the requested records is exempt from disclosure, the FOIA requires that you disclose any reasonably segregable non-exempt portions of the requested records. Even records that contain as little as one word or a page number that is non-exempt must nonetheless be redacted to the minimum extent possible and disclosed. Please be aware that a justification of the harm prevented by each redaction and record withheld, and the extent of the redactions on the page, will be required to be

---

[3] An index search for Majid Khan's FBI file.

[4] A standard search syntax representation of this search term would be "(ali w/3 khan)" with "w/3" instructing a search tool that "ali" and "khan" could appear in any order in matching records with up to two words between them. This is intended to allow for reversal of a name and insertion of middle names and initials. Please use non-case sensitive search terms.

[5] FOIA Improvement Act of 2016 Sec. 2 (Pub. L. No. 114-185).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

3

provided by your agency if this request becomes the subject of litigation.[6] Moreover, the agency should be prepared to supply "a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply."[7]

## V.    Application for Waiver or Limitation of Fees

I request that all fees in connection with this FOIA request be waived in accordance with DOJ FOIA regulations because it does not seek records primarily for a commercial interest and disclosure of the requested records is in the public interest because it is likely to contribute significantly to public understanding of operations and activities of the government. In particular it is likely that these records will provide the public with new insight into the FBI's efforts to "protect the American people and uphold the Constitution of the United States."[8] As discussed above, the requested records would provide important details about the actions taken by the FBI after the attacks of September 11, 2001 that were justified by the intention of prioritizing the prevention of future such attacks.[9] Any responsive records are likely to reflect investigative activities taken directly by the personnel of the FBI in interactions with members of the public. The records requested would shed new and unique light on matters that remain of intense interest to Americans including issues of public safety and security from perceived threats of terrorism, and protection of civil liberties. Finally, my interest in these records is as a news media requestor, so is not deemed to be of a commercial interest under the DOJ's FOIA regulation.[10] Therefore, having satisfied each of the factors required for consideration under the DOJ FOIA regulation to determine that disclosure is in the public interest, applicable fees should be waived.

If the above waiver request is not approved, in the alternative I request that fees be limited to those applicable to representatives of the news media.[11] I am submitting this FOIA request with the intent to use the requested records to produce distinct works of journalism and distribute them to an audience. In particular, I expect to use the requested records in a book that I am committed to writing under a contract with Penguin Press, which I expect to be distributed similarly to my last book, "Reign of Terror," which was published in 2021. Further, I am an independent, award-winning journalist and author with a solid basis for expecting publication in the future built on an extensive record of past publications as a staff and freelance writer in national and international news outlets including *The Nation, The Daily Beast, The Guardian, Wired, The New Republic* and many more. In my work at these publications I have contributed

---

[6] *Vaugn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).*

[7] Mead Data Central, Inc. v. U.S. Dep't of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

[8] The mission of the FBI, see https://www.fbi.gov/about/mission. At the time of the creation of the requested records the mission of the FBI was "protecting and defending the United States against terrorist and foreign intelligence threats, upholding and enforcing the criminal laws of the United States, and providing leadership and criminal justice services to federal, state, local, tribal territorial, and international agencies and partners." See testimony of FBI Director Robert Muller before the House CJS Appropriations Committee, June 21, 2002, https://archives.fbi.gov/archives/news/testimony/the-new-fbi-focus.

[9] See 2002 Muller testimony, note 8.

[10] 28 CFR 16.10(k)(2)(iii)(B).

[11] 28 CFR 16.10(d)(1).

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

4

to articles that have been awarded the Pulitzer Prize for Public Service, the Investigative Reporters and Editors medal for investigative journalism, and the Scripps Howard Foundation Roy W. Howard Award for Public Service Reporting. For these reasons I qualify for status as a news media requestor. I affirm that the information provided supporting the requests for waiver or limitation of fees is true and correct to the best of my knowledge and belief. See 5 U.S.C. § 552(a)(6)(E)(vi).

I look forward to your response. Please feel free to contact me for any clarification or to provide an update on this request. You can reach me by phone at 202-294-9523 or by email at spencerackerman@gmail.com.

Sincerely,

/s/ Spencer Ackerman

National Security Journalist

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

5

**Attachment A - DOJ-361 (Certification of Identity) by Mr. Ali Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

6

**U.S Department of Justice**

# Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   _KHAN  SHOUKAT  ALI_

Citizenship Status [2]  _USA_        Social Security Number [3] _____

Current Address  _1751 UNDERWOOD ROAD, SYKESVILLE, MD 21784_

Date of Birth _____   Place of Birth _____INDIA_____

FRCP 5.2

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552b(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_SPENCer  AcKerman_
**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4]  _Khan_        **Date** _05/07/2024_

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

*Ackerman FOIA Request No. 07 - May 2024*

**Attachment B - DOJ-361 (Certification of Identity) by Mr. Majid Khan**

Spencer Ackerman. 678 E. 24th St, Brooklyn, NY 11210
Email: spencerackerman@gmail.com.

8

**U.S Department of Justice**

# Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _Majid Shoukat Khan_

Citizenship Status [2] _Pakistan_    Social Security Number [3] ████████ _FRCP 5.2_

Current Address _186-Hollywood area, Lords Bank Road, ladyville, Belize city, Belize_

Date of Birth ████████    Place of Birth _Saudia Arabia_

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

## Spencer Ackerman

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _(signature)_    Date _05-07-2024_

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

     Plaintiff,

     v.

FEDERAL BUREAU OF INVESTIGATION,

     Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit K



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

May 30, 2024

MR. SPENCER J. ACKERMAN
678 EAST 24TH STREET
BROOKLYN, NY 11210

Request No.: 1636477-000
Subject: KHAN, MAJID SHOUKAT, ET. AL.
(Previous FOIA Releases)

Dear Mr. Ackerman:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request.   Based on the information you provided, we conducted a search of the places reasonably expected to have records.   However, we were unable to identify records subject to the FOIPA that are responsive to your request.   Therefore, your request is being closed. If you have additional information pertaining to the subject of your request, please submit a new request providing the details, and we will conduct an additional search. For more information about records searches, see the enclosed FBI FOIPA Addendum General Information Section.

Please see the paragraphs below for relevant information that may be specific to your request.   Only checked boxes contain corresponding paragraphs relevant to your request.   If no boxes are checked, the corresponding information does not apply.

☐    Please be advised that your request was reopened based on the additional information you provided.   A new search was conducted, and we were unable to identify records subject to the FOIPA that are responsive to your request.

☑    Requests for expedited processing are not applicable when a final response is issued within ten calendar days.

☐    You also requested information regarding one or more third parties.   Please be advised the FBI will neither confirm nor deny the existence of such records pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).   The mere acknowledgement of the existence of FBI records on third party individuals could reasonably be expected to constitute an unwarranted invasion of personal privacy.   This is our standard response to such requests and should not be taken to mean that records do, or do not, exist.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request.   **"Part 1"** of the Addendum includes standard responses that apply to all requests.   **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful.   Also enclosed is our Explanation of Exemptions.

Additional information about the FOIPA can be found at www.fbi.gov/foia.   Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov.   Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.   Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov.   The subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.   You may also contact the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

Enclosures

**FBI FOIPA Addendum**

As referenced in our letter responding to your Freedom of Information/Privacy Acts (FOIPA) request, the FBI FOIPA Addendum provides information applicable to your request.    Part 1 of the Addendum includes standard responses that apply to all requests. Part 2 includes standard responses that apply to requests for records about individuals to the extent your request seeks the listed information.    Part 3 includes general information about FBI records, searches, and programs.

**Part 1: The standard responses below apply to all requests:**

(i)     **5 U.S.C. § 552(c).**   Congress excluded three categories of law enforcement and national security records from the requirements of the FOIPA [5 U.S.C. § 552(c)].    FBI responses are limited to those records subject to the requirements of the FOIPA.   Additional information about the FBI and the FOIPA can be found on the www.fbi.gov/foia website.

(ii)    **Intelligence Records**.   To the extent your request seeks records of intelligence sources, methods, or activities, the FBI can neither confirm nor deny the existence of records pursuant to FOIA exemptions (b)(1), (b)(3), and as applicable to requests for records about individuals, PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(1), (b)(3), and (j)(2)].   The mere acknowledgment of the existence or nonexistence of such records is itself a classified fact protected by FOIA exemption (b)(1) and/or would reveal intelligence sources, methods, or activities protected by exemption (b)(3) [50 USC § 3024(i)(1)].   This is a standard response and should not be read to indicate that any such records do or do not exist.

**Part 2: The standard responses below apply to all requests for records on individuals:**

(i)     **Requests for Records about any Individual—Watch Lists.**   The FBI can neither confirm nor deny the existence of any individual's name on a watch list pursuant to FOIA exemption (b)(7)(E) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)].   This is a standard response and should not be read to indicate that watch list records do or do not exist.

(ii)    **Requests for Records about any Individual—Witness Security Program Records.**   The FBI can neither confirm nor deny the existence of records which could identify any participant in the Witness Security Program pursuant to FOIA exemption (b)(3) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(3), 18 U.S.C. 3521, and (j)(2)].   This is a standard response and should not be read to indicate that such records do or do not exist.

(iii)   **Requests for Confidential Informant Records.** The FBI can neither confirm nor deny the existence of confidential informant records pursuant to FOIA exemptions (b)(7)(D), (b)(7)(E), and (b)(7)(F) [5 U.S.C.§ 552 (b)(7)(D), (b)(7)(E), and (b)(7)(F)] and Privacy Act exemption (j)(2) [5 U.S.C.§ 552a (j)(2)]. The mere acknowledgment of the existence or nonexistence of such records would reveal confidential informant identities and information, expose law enforcement techniques, and endanger the life or physical safety of individuals. This is a standard response and should not be read to indicate that such records do or do not exist.

**Part 3: General Information:**

(i)     **Record Searches and Standard Search Policy.**   The Record/Information Dissemination Section (RIDS) searches for reasonably described records by searching systems, such as the Central Records System (CRS), or locations where responsive records would reasonably be found. The CRS is an extensive system of records consisting of applicant, investigative, intelligence, personnel, administrative, and general files compiled by the FBI per its law enforcement, intelligence, and administrative functions.   The CRS spans the entire FBI organization, comprising records of FBI Headquarters, FBI Field Offices, and FBI Legal Attaché Offices (Legats) worldwide; Electronic Surveillance (ELSUR) records are included in the CRS. The standard search policy is a search for main entity records in the CRS. Unless specifically requested, a standard search does <u>not</u> include a search for reference entity records, administrative records of previous FOIPA requests, or civil litigation files.

> a.   *Main Entity Records* – created for individuals or non-individuals who are the subjects or the focus of an investigation
> b.   *Reference Entity Records*- created for individuals or non-individuals who are associated with a case but are not known subjects or the focus of an investigation

(ii)    **FBI Records.**   Founded in 1908, the FBI carries out a dual law enforcement and national security mission.   As part of this dual mission, the FBI creates and maintains records on various subjects; however, the FBI does not maintain records on every person, subject, or entity.

(iii)   **Foreseeable Harm Standard.**   As amended in 2016, the Freedom of Information Act provides that a federal agency may withhold responsive records only if: (1) the agency reasonably foresees that disclosure would harm an interest protected by one of the nine exemptions that FOIA enumerates, or (2) disclosure is prohibited by law (5 United States Code, Section 552(a)(8)(A)(i)).   The FBI considers this foreseeable harm standard in the processing of its requests.

(iv)    **Requests for Criminal History Records or Rap Sheets.**   The Criminal Justice Information Services (CJIS) Division provides Identity History Summary Checks – often referred to as a criminal history record or rap sheet.   These criminal history records are not the same as material in an investigative "FBI file."   An Identity History Summary Check is a listing of information taken from fingerprint cards and documents submitted to the FBI in connection with arrests, federal employment, naturalization, or military service.   For a fee, individuals can request a copy of their Identity History Summary Check.   Forms and directions can be accessed at www.fbi.gov/about-us/cjis/identity-history-summary-checks.   Additionally, requests can be submitted electronically at www.edo.cjis.gov.   For additional information, please contact CJIS directly at (304) 625-5590.

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)    (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)    related solely to the internal personnel rules and practices of an agency;

(b)(3)    specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)    trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)    inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)    personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)    records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)    contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)    geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)    information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)    material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)    information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)    investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)    material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)    required by statute to be maintained and used solely as statistical records;

(k)(5)    investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)    testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)    material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 24-cv-2858 (TNM)

# Exhibit L



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

January 17, 2025

MR. SPENCER J. ACKERMAN
678 EAST 24TH STREET
BROOKLYN, NY 11210

*Ackerman V. Federal Bureau of Investigation*
Civil Action No.: 24-cv-2858
FOIPA Request Nos.: 1636250-0, 1636292-0, &
1636477-0
Subjects: Ali Khan, Majid Khan, and Previous FOIA
Releases of Ali and Majid Khan

Dear Mr. Ackerman:

     This is in response to your nine Freedom of Information Act (FOIA) requests, dated May 20, 2024, previously assigned FOIPA Request Numbers 1636250-0, 1636292-0, and 1636477-0. We have determined that your nine requests seek records generally about three subjects.

| FOIA Request No. | Ackerman FOIA Request No. | Overall Subject of Request | Specific Topic |
|---|---|---|---|
| 1636250-0 | 1 | Ali Khan | All records from the years 2003 and 2004 related to wiretaps, pen registers, national security letter data collections, and any other electronic surveillance activities targeting or involving Mr. Ali Khan[...]. |
| | 3 | | All investigative records related to an interview of Ali Khan conducted by FBI personnel on or around March 5, 2003. |
| | 4 | | All investigative records related to an interview of Mahmood Khan, son of Ali Khan and brother of Majid Khan, conducted by FBI personnel in or around March or April 2003. |
| | 5 | | All records related to human and all other non-electronic surveillance and investigative activities targeting Ali Khan[...]. |
| | 6 | | All records related to human and all other non-electronic surveillance and investigative activities targeting Ali Khan in reference to Iyman Faris[...]. |
| | 8 | | All records that have been that have been previously indexed or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) system or Universal Index) as associated with Mr. Ali Khan[...]. |
| 1636292-0 | 2 | Majid Khan | All records from the years 2003 and 2004 related to wiretaps, pen registers, national security letter data collections and any other electronic surveillance activities targeting or involving Mr. Majid Khan[...]. |
| | 4 | | All investigative records related to an interview of Mahmood Khan, son of Ali Khan and brother of Majid Khan, conducted by FBI personnel in or around March or April 2003. |
| | 9 | | All records that have been that have been previously indexed or "tagged" in the FBI's filing systems (such as in the Electronic Case File (ECF) |

| | | | system or Universal Index) as associated with Mr. Majid Khan[...]. |
|---|---|---|---|
| 1636477-0 | 7 | Khan, Majid et. al. (Previous FOIA Releases) | All final processed FOIA releases by the FBI for previous requests for records to the FBI related to Majid Khan, including but not limited to the following: request number 2013-01746, dated 1/7/14; and request number 1511489, dated 12/7/21. |

These groupings were established based on the content and context of your requests, ensuring that the responsive records are processed in an organized and efficient manner.

To further clarifiy, in regards to your forth request you have requested information regarding a third party individual. Please be advised the FBI will neither confirm nor deny the existence of such records pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C). The mere acknowledgement of the existence of FBI records on third party individuals could reasonably be expected to constitute an unwarranted invasion of personal privacy. This is our standard response to such requests and should not be taken to mean that records do, or do not, exist. Please visit http://www.fbi.gov/foia for more information about making requests for records on third party individuals (living or deceased).

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request.   **"Part 1"** of the Addendum includes standard responses that apply to all requests.   **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful.   Also enclosed is our Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.   Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   If possible, please provide a copy of your original request and this response letter with your appeal.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov.   The subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.   You may also contact the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Please direct any further inquiries about this case to the attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

Enclosures

**FBI FOIPA Addendum**

As referenced in our letter responding to your Freedom of Information/Privacy Acts (FOIPA) request, the FBI FOIPA Addendum provides information applicable to your request.   Part 1 of the Addendum includes standard responses that apply to all requests. Part 2 includes standard responses that apply to requests for records about individuals to the extent your request seeks the listed information.   Part 3 includes general information about FBI records, searches, and programs.

**Part 1: The standard responses below apply to all requests:**

(i) **5 U.S.C. § 552(c).**   Congress excluded three categories of law enforcement and national security records from the requirements of the FOIPA [5 U.S.C. § 552(c)].   FBI responses are limited to those records subject to the requirements of the FOIPA.   Additional information about the FBI and the FOIPA can be found on the www.fbi.gov/foia website.

(ii) **Intelligence Records.**   To the extent your request seeks records of intelligence sources, methods, or activities, the FBI can neither confirm nor deny the existence of records pursuant to FOIA exemptions (b)(1), (b)(3), and as applicable to requests for records about individuals, PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(1), (b)(3), and (j)(2)].   The mere acknowledgment of the existence or nonexistence of such records is itself a classified fact protected by FOIA exemption (b)(1) and/or would reveal intelligence sources, methods, or activities protected by exemption (b)(3) [50 USC § 3024(i)(1)].   This is a standard response and should not be read to indicate that any such records do or do not exist.

**Part 2: The standard responses below apply to all requests for records on individuals:**

(i) **Requests for Records about any Individual—Watch Lists.**   The FBI can neither confirm nor deny the existence of any individual's name on a watch list pursuant to FOIA exemption (b)(7)(E) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)].   This is a standard response and should not be read to indicate that watch list records do or do not exist.

(ii) **Requests for Records about any Individual—Witness Security Program Records.**   The FBI can neither confirm nor deny the existence of records which could identify any participant in the Witness Security Program pursuant to FOIA exemption (b)(3) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(3), 18 U.S.C. 3521, and (j)(2)].   This is a standard response and should not be read to indicate that such records do or do not exist.

(iii) **Requests for Confidential Informant Records.** The FBI can neither confirm nor deny the existence of confidential informant records pursuant to FOIA exemptions (b)(7)(D), (b)(7)(E), and (b)(7)(F) [5 U.S.C.§ § 552 (b)(7)(D), (b)(7)(E), and (b)(7)(F)] and Privacy Act exemption (j)(2) [5 U.S.C.§ 552a (j)(2)]. The mere acknowledgment of the existence or nonexistence of such records would reveal confidential informant identities and information, expose law enforcement techniques, and endanger the life or physical safety of individuals. This is a standard response and should not be read to indicate that such records do or do not exist.

**Part 3: General Information:**

(i) **Record Searches and Standard Search Policy.**   The Record/Information Dissemination Section (RIDS) searches for reasonably described records by searching systems, such as the Central Records System (CRS), or locations where responsive records would reasonably be found. The CRS is an extensive system of records consisting of applicant, investigative, intelligence, personnel, administrative, and general files compiled by the FBI per its law enforcement, intelligence, and administrative functions. The CRS spans the entire FBI organization, comprising records of FBI Headquarters, FBI Field Offices, and FBI Legal Attaché Offices (Legats) worldwide; Electronic Surveillance (ELSUR) records are included in the CRS. The standard search policy is a search for main entity records in the CRS. Unless specifically requested, a standard search does <u>not</u> include a search for reference entity records or administrative records of previous FOIPA requests.

         a. *Main Entity Records* – created for individuals or non-individuals who are the subjects or the focus of an investigation

         b. *Reference Entity Records*- created for individuals or non-individuals who are associated with a case but are not known subjects or the focus of an investigation

(ii) **FBI Records.**   Founded in 1908, the FBI carries out a dual law enforcement and national security mission.   As part of this dual mission, the FBI creates and maintains records on various subjects; however, the FBI does not maintain records on every person, subject, or entity.

(iii) **Foreseeable Harm Standard.**   As amended in 2016, the Freedom of Information Act provides that a federal agency may withhold responsive records only if: (1) the agency reasonably foresees that disclosure would harm an interest protected by one of the nine exemptions that FOIA enumerates, or (2) disclosure is prohibited by law (5 United States Code, Section 552(a)(8)(A)(i)).   The FBI considers this foreseeable harm standard in the processing of its requests.

(iv) **Requests for Criminal History Records or Rap Sheets.**   The Criminal Justice Information Services (CJIS) Division provides Identity History Summary Checks – often referred to as a criminal history record or rap sheet.   These criminal history records are not the same as material in an investigative "FBI file."   An Identity History Summary Check is a listing of information taken from fingerprint cards and documents submitted to the FBI in connection with arrests, federal employment, naturalization, or military service.   For a fee, individuals can request a copy of their Identity History Summary Check.   Forms and directions can be accessed at www.fbi.gov/about-us/cjis/identity-history-summary-checks.   Additionally, requests can be submitted electronically at www.edo.cjis.gov.   For additional information, please contact CJIS directly at (304) 625-5590.

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal  privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal   privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control,   or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ