UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPENCER ACKERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　Defendant. | Civil Action No. 24- 2858 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to modify the February 13, 2025, Order, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall process Plaintiff's FOIA request at a rate of 250 pages per month and make its first production of responsive, non-exempt documents on or before March 31, 2025.

SO ORDERED:


_____                           _____
Date                                                              TREVOR N. MCFADDEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge