UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPENCER ACKERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　Defendant. | Civil Action No. 24- 2858 (TNM) |

### DEFENDANT'S STATUS REPORT[1]

Defendant, the Federal Bureau of Investigation (collectively, the "Parties") by and through undersigned counsel, respectfully submit the following joint status report, pursuant to the Court's April 2, 2025, Minute Order.

Plaintiff filed its complaint on October 11, 2024, ECF No. 1, regarding its May 20, 2024, Freedom of Information Act ("FOIA") requests made to the Federal Bureau of Investigation. *See id*.

Since the Parties' last status conference with the Court, the Parties have attempted to narrow Plaintiff's FOIA requests but have reached an impasse. On April 11, 2025, Plaintiff proposed to narrow his requests to "non audio/video record collection" of "records dated from January 1, 2003, to May 1, 2024 (inclusive)." On May 5, 2025, the FBI responded that Plaintiff's proposed scoping failed to reduce the scope because the majority of the investigations took place

---

[1] The undersigned counsel for Defendant apologizes for making this report on behalf of Defendant alone (rather than a "Joint "Status Report). The undersigned counsel, has attempted, however, since 11:30 a.m. Monday, June 2, 2025, to meet and confer about the following status report with Plaintiff's counsel. Following an initial email sent to Plaintiff's counsel at 11:30 a.m. on Monday, June 2, 2025, the undersigned has received no return communication and received no return email or phone call following a second email mid-day on Monday, June 2, 2025. The undersigned made a third communication via telephone at 7:02 p.m., on Monday, Jun3 2, 2025, for which counsel answered. The parties agreed that given the lack of response, Defendant would file its own report, and Plaintiff would file his own report.

in the timeframe that Plaintiff proposed. The FBI also communicated that if Plaintiff was willing to reduce the timeframe in a more significant way, the scope could become more manageable. In that vein, the FBI proposed on May 12, 2025, that Plaintiff limit his request to only the Baltimore investigation files from January 2003 through March 2003 for the following documents: 302s, 515s, and 542s. In response, on May 29, 2025, Plaintiff responded with a set of six questions. Specifically, Plaintiff has queried whether the FBI can pull records from other FBI offices or teams responsible for records of interviews of Majid Khan while in custody of Pakistani and U.S. authorities, whether the FBI could also pull records reporting from where Khan was located to include records from March 5, 2003 through December 31, 20025, January 2007, January 2012, and February 2012, whether manual review can occur within one two months, and that the FBI group selected records by type. On June 2, 2025, the FBI responded again that the Plaintiff's proposal would not decrease the scope, and for the most part, would still result in the FBI processing all of the records already located. Additionally, that Plaintiff fails to understand that in order to do any sort of scoping, the FBI must do a manual review of all of the files to be able to find the specific documents that Plaintiff identifies. This process is not an automated process, and requires a time-consuming manual review of every page to determine whether it is within the revised scope. In short, in Defendant's view, Plaintiff has rejected the FBI's latest narrowing proposal such that the scope of Plaintiff's request continues to create an unreasonable burden on the Agency. Thus, Defendant proposes to file a motion to dismiss on or before August 11, 2025.

\* \* \*

- 3 -

Dated: June 2, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ *Dedra S. Curteman*
DEDRA S. CURTEMAN, D.C. Bar # 90021492
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for the United States of America*