UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPENCER ACKERMAN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 24-2858 (TNM)

## JOINT STATUS REPORT

Pursuant to the Court's March 13, 2026, Minute Order, Plaintiff, Spencer Ackerman, and Defendant, the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully submit the following status report.

Plaintiff filed his complaint on October 11, 2024, ECF No. 1, regarding multiple May 20, 2024, Freedom of Information Act ("FOIA") requests made to the FBI for records related to the FBI's investigations of Ali Khan and Majid Khan, who are two individuals the FBI investigated in connection with the attacks on the United States on September 11, 2001. *See* Compl. ¶¶ 1, 8.

The FBI made its ninth interim release on or about March 30, 2026, which comprised the completion of responsive, nonexempt pages to Plaintiff. The FBI made its tenth interim release to Plaintiff on or about May 29, 2026. This release was the first release of responsive audio/video materials, consisting of three videos totaling seven minutes, 33 seconds. The FBI anticipates making its next interim release to Plaintiff on or about June 30, 2026.

**Plaintiff's position is as follows:**

Because the FBI now reports that its production of all responsive pages of records is complete (i.e., only audio/video materials remain for processing on an expected schedule of

between 24 and 48 months), Plaintiff's counsel has raised with Defendant's counsel the possibility of agreeing to ask the court to schedule partial summary judgment briefings on the processed paginated records only, specifically restricted to issues of the government's claims of exemptions for withholding and redacting the defined set of the previously processed pages. Plaintiff's counsel notes that proceeding with partial summary judgment briefings at this time will allow both parties and the court to resolve some of the most substantial issues remaining in this case up to four years sooner than the alternative of waiting until after completion of the remaining six hours of audio/video productions. Separating briefings on the fully distinct issues of paginated records from audio/video records this way will give all parties the best chance of diligently and precisely addressing thousands of withholding decisions for pages that were made fairly recently, many in consultation with multiple other agencies (according to Plaintiff) rather than waiting and asking agency staff to make declarations the basis for these decisions up to four years in the future. The parties have not completed discussion of this motion scheduling issue  at this time.

**Defendant's Statement:**

Partial summary judgment would not be efficient for the parties or judicial economy. Defendant submits that, when there are matters in FOIA cases requiring summary judgment briefing, it is most appropriate to comprehensively brief all contested issues only after the completion of all processing and productions.  Defendant has not completed processing and producing records in this case.  Defendant does not even know Plaintiff's challenges to search, withholdings, or redactions to date, if any.

*       *       *

Because progress on Plaintiff's FOIA requests productively continues, the parties jointly and respectfully request that the Court allow them to submit a joint status report apprising the Court as to the status of the case in ninety-one (91) days, on or before September 9, 2026.

Dated:  June 10, 2026
       Washington, DC

*/s/ Kerry S. Gutknecht*
Kerry Gutknecht,
1319 F St. NW Ste. 301, PMB 154
Washington, D.C. 20004
(202) 798-1650
Kerry@GutknechtLegal.com

Counsel for Plaintiff

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:  */s/ Mason D. Bracken*
     Mason D. Bracken
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     Telephone: (202) 252-2550
     mason.bracken@usdoj.gov

*Attorneys for the United States of America*